# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

---------------------------------------------------------- x
:
In re: : Chapter 11
:
F-STAR SOCORRO, L.P., *et al.*, : Case No. 25-90607 (ARP)
:
Debtors.[1] : Jointly Administered
:
---------------------------------------------------------- x

## AGENDA OF MATTERS SET FOR EMERGENCY
## HEARING ON NOVEMBER 6, 2025 AT 11:00 A.M. (CENTRAL TIME)

> **Emergency relief has been requested. Relief is requested not later than 11:00 a.m. (prevailing Central Time) on November 6, 2025.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**
>
> **A hearing will be conducted on this matter on November 6, 2025, at 11:00 a.m. (prevailing Central Time) in Courtroom 400, 515 Rusk, Houston, TX 77002.**
>
> **Participation at the hearing will only be permitted by an audio and video connection.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page. The meeting code is "Judge Pérez". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

> homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

F-Star Socorro, L.P. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Emergency Hearing on **November 6, 2025 at 11:00 a.m. (Central Time)** before the Honorable Judge Alfredo R. Pérez.

1. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secure Financing, and (B) Use Cash Collateral; (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief (Docket No. 17)**

    Status:     This matter is going forward.

    Related Documents:

    A.  Declaration of Lance Miller in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Cash Collateral; (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief **(Docket No. 18)**

    B.  Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

    C.  Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

2. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Close Pending Real Estate Transactions and Sell Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief (Docket No. 16)**

    Status:     This matter is going forward.

    Related Documents:

    A.  Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

2

      B.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

3. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of the Debtors' Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Extending Time to Comply With Section 345(b) of the Bankruptcy Code; (IV) Authorizing Continued Performance of Intercompany Transactions; and (V) Granting Related Relief (Docket No. 15)**

    <u>Status</u>:    This matter is going forward.

    <u>Related Documents</u>:

      A.      Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

      B.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

4. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief (Docket No. 7)**

    <u>Status</u>:    This matter is going forward.

    <u>Related Documents</u>:

      A.      Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

      B.      Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

5. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Maintain and Renew Their Prepetition Insurance Policies and (B) Pay All Obligations in Respect Thereof and (II) Granting Related Relief (Docket No. 9)**

    <u>Status</u>:    This matter is going forward.

    <u>Related Documents</u>:

      A.      Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

      B.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

6. **Debtors' Emergency Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities; (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance; and (IV) Granting Related Relief (Docket No. 8)**

   Status:   This matter is going forward.

   Related Documents:

       A.    Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

       B.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

7. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the 30 Largest Unsecured Creditors, (B) Redact Certain Personally Identifiable Information, and (C) Serve Parties in Interest by Email, (II) Approving Form and Manner of Notifying Creditors of Commencement of Chapter 11 Cases and Other Information, and (III) Granting Related Relief (Docket No. 5)**

   Status:   This matter is going forward.

   Related Documents:

       A.    Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

       B.    Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

8. **Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules and Statements and (III) Granting Related Relief (Docket No. 4)**

   Status:   This matter is going forward.

Related Documents:

  A. Declaration of Lance Miller in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings **(Docket No. 19)**

  B. Debtors' Witness and Exhibit List for Emergency First Day Hearing on November 6, 2025 **(Docket No. 24)**

9. **Designation of Complex Chapter 11 Bankruptcy Case (Docket No. 2)**

 Status: The Court entered the *Order Granting Complex Case Treatment* at Dkt. No. 11.

10. **Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent (Docket No. 3)**

 Status: The Court entered the *Order Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent* at Dkt. No. 12.

11. **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief (Docket No. 6)**

 Status: The Court entered the *Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief* at Dkt. No. 10.

Dated: November 5, 2025
Dallas, Texas

/s/ Nicholas J. Hendrix
**O'MELVENY & MYERS LLP**
Nicholas J. Hendrix (TX Bar No. 24087708)
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901
Email: nhendrix@omm.com

- and -

Julian Gurule (*pro hac vice* admission pending)
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

- and -

Peter Friedman (*pro hac vice* admission pending)
Matthew Kremer (*pro hac vice* admission pending)
Diana M. Perez (*pro hac vice* admission pending)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
          mkremer@omm.com
          dperez@omm.com

*Proposed Attorneys for the
Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on November 5, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

                                                          */s/ Nicholas J. Hendrix*
                                                            Nicholas J. Hendrix