IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| F-STAR SOCORRO, L.P., *et al.*, | Case No. 25-90607 (ARP) |
| Debtors.[1] | (*Jointly Administered*) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Sandton Capital Solutions Fund VI, LP ("Sandton"). Pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sandton requests that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

*Appearances listed on next page*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

DMS_US.374400096.1

| | |
|---|---|
| Kristen L. Perry<br>Faegre Drinker Biddle & Reath LLP<br>2323 Ross Avenue, Suite 1700<br>Dallas, TX 75201<br>Telephone: (469) 357-2500<br>Facsimile: (469) 327-0860<br>kristen.perry@faegredrinker.com | Richard J. Bernard<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>Telephone: (212) 248-3263<br>Facsimile: (212) 248-3141<br>richard.bernard@faegredrinker.com |

Adam C. Ballinger
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
adam.ballinger@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or Sandton.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Cases shall be deemed or construed as consent by Sandton to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of Sandton to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the Chapter 11 Cases or any case,

DMS_US.374400096.1

controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Sandton is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 5, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Kristen L. Perry*
Kristen L. Perry
State Bar No. 24090015
2323 Ross Avenue, Suite 1700
Dallas, TX 75201
Tel: (469) 357-2500
Fax: (469) 327-0860
kristen.perry@faegredrinker.com

Richard J. Bernard (*pro hac vice* pending)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Tel: (212) 248-3263
Fax: (212) 248-3141
richard.bernard@faegredrinker.com

Adam C. Ballinger (*pro hac vice* pending)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
adam.ballinger@faegredrinker.com

*Counsel to Sandton Capital Solutions Fund VI, LP*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 5, 2025, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above-referenced case.

*/s/ Kristen L. Perry*
Kristen L. Perry