IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| F-STAR SOCORRO, L.P., *et al.*, | Case No. 25-90607 (ARP) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF CONTINUED VIRTUAL HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that, on November 4, 2025 (the "**Petition Date**"), F-Star Socorro, L.P. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, commenced filing their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, following the November 6, 2025 hearing (the "**First Day Hearing**"), the Court entered final orders related to various first day motions. The Court continued First Day Hearing on certain first day motions to November 7, 2025, at 10:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Sections A and I of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, a virtual hearing is set for **November 7, 2025, at 10:00 a.m.** **(prevailing Central Time)**, before the Honorable Judge Alfredo R. Pérez to consider the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

## FIRST DAY MOTIONS

1. ***DIP Motion***.  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secure Financing and (B) Use Cash Collateral; (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief [Docket No. 17]

2. ***Real Estate Sales Motion***.  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Close Pending Real Estate Transactions and Sell Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief [Docket No. 16]

## DECLARATIONS

1. ***DIP Declaration***.  Declaration of Lance Miller in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Cash Collateral; (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief [Docket No. 18]

**PLEASE TAKE FURTHER NOTICE that the First Day Hearing will be conducted virtually only.  No in-person attendance will be permitted.**  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Pérez's conference room number is 282694.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Pérez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). The meeting code is "Judge Pérez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available fee of charge by visiting https://cases.stretto.com/FStarSocorro.  Copies of any pleadings of papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 6, 2025
Dallas, Texas

/s/ Nicholas J. Hendrix
**O'MELVENY & MYERS LLP**
Nicholas J. Hendrix (TX Bar No. 24087708)
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901
Email: nhendrix@omm.com

- and -

Julian Gurule (*pro hac vice* admission pending)
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

- and -

Peter Friedman (*pro hac vice* admission pending)
Matthew Kremer (*pro hac vice* admission pending)
Diana M. Perez (*pro hac vice* admission pending)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
　　　　 mkremer@omm.com
　　　　 dperez@omm.com

*Proposed Attorneys for the
Debtors and Debtors in Possession*

**Certificate of Service**

       I certify that on November 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

                                              */s/ Nicholas J. Hendrix*
                                              Nicholas J. Hendrix