IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| F-STAR SOCORRO, L.P., *et al.*, | Case No. 25-90607 (ARP) |
| Debtors.¹ | Jointly Administered |

---

### NOTICE OF FILING REVISED PROPOSED INTERIM DIP ORDER
[Relates to Docket No. 17]

**PLEASE TAKE NOTICE** that, on November 5, 2025, the above-captioned debtors (the "**Debtors**") filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Case Collateral; (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief* [Docket No. 17] (the "**Interim DIP Motion**") and the *Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Case Collateral; (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status; (III) Granting*

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech II-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

*Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief* ("**Proposed Interim DIP Order**") attached to the Interim DIP Motion as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised form of the Proposed Interim DIP Order (the "**Revised Proposed Interim DIP Order**") attached hereto as **Exhibit A** (which attaches the revised DIP term sheet and revised initial DIP budget).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline between the Proposed Interim DIP Order and the Revised Proposed Interim DIP Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a redline between the proposed DIP term sheet and the revised DIP term sheet.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is the revised initial DIP budget.

[*Remainder of this page intentionally left blank.*]

Dated: November 6, 2025
Dallas, Texas

/s/Nicholas J. Hendrix
**O'MELVENY & MYERS LLP**
Nicholas J. Hendrix (TX Bar No. 24087708)
2801 North Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: (972) 360-1900
Facsimile: (972) 360-1901
Email: nhendrix@omm.com

- and -

Julian Gurule (admitted *pro hac vice*)
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: jgurule@omm.com

- and -

Peter Friedman (admitted *pro hac vice*)
Matthew Kremer (admitted *pro hac vice*)
Diana M. Perez (admitted *pro hac vice*)
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: pfriedman@omm.com
    mkremer@omm.com
    dperez@omm.com

*Proposed Attorneys for the*
*Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on November 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors' noticing agent.

                                                                           */s/Nicholas J. Hendrix*
                                                                              Nicholas J. Hendrix