| **Information to identify the case:** | |
|---|---|
| Debtor: F-Star Socorro, L.P., *et al*., <br>             Name | EIN: 74-2867438 |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number: 25-90607 (ARP) | Date case filed for Chapter 11: November 4, 2025 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                                      10/20

---

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name: See chart below.**

   **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | F-Star Socorro, L.P. | 12190 Rojas Drive, Suite C, El Paso, TX 79936 | 25-90607 (ARP) | 74-2867438 |
| 2 | Five Star Development Properties, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90608 (ARP) | 20-8442183 |
| 3 | Five Star Development Resort Communities, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90609 (ARP) | 35-2291282 |
| 4 | Five Star Resort Holdings Parent, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90610 (ARP) | N/A |
| 5 | Five Star Resort Holdings, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90611 (ARP) | N/A |
| 6 | Five Star Resort Mezz, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90612 (ARP) | N/A |
| 7 | Five Star Resort Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90613 (ARP) | 85-1454994 |
| 8 | Five Star Land Holdings Parent, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90614 (ARP) | N/A |
| 9 | Five Star Land Holdings (AZ), LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90615 (ARP) | N/A |
| 10 | Five Star Land Mezz, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90616 (ARP) | N/A |
| 11 | Five Star Land Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90617 (ARP) | N/A |

| | | | | |
|---|---|---|---|---|
| 12 | FSPV Mezz C Sub LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90618 (ARP) | 92-3005233 |
| 13 | FSPV Res C, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90619 (ARP) | 83-2278745 |
| 14 | 11751 Alameda Avenue Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90620 (ARP) | 92-3112300 |
| 15 | JNY Building Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90621 (ARP) | 88-3826282 |
| 16 | JNY II Building Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90622 (ARP) | 88-3839687 |
| 17 | 1340 Bob Hope Drive Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90623 (ARP) | 92-3134986 |
| 18 | JNY, L.P. | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90624 (ARP) | 74-2973609 |
| 19 | JNY II, L.P. | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90625 (ARP) | 37-1433041 |
| 20 | 5 Star Tech I, L.P. | 12190 Rojas Drive, El Paso, TX 79936 | 25-90626 (ARP) | 74-2994020 |
| 21 | 5 Star Tech II-1, LP | 12190 Rojas Drive, El Paso, TX 79936 | 25-90627 (ARP) | 71-0875916 |
| 22 | 5 Star Tech II-4, LP | 12190 Rojas Drive, El Paso, TX 79936 | 25-90628 (ARP) | 75-3032357 |
| 23 | 5-Star Tech II-2, L.P. | 12190 Rojas Drive, El Paso, TX 79936 | 25-90629 (ARP) | 33-1066602 |
| 24 | F-Star Socorro Holding Co., LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90630 (ARP) | 45-2906729 |
| 25 | JNY Mezz, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90631 (ARP) | N/A |
| 26 | JNY II Mezz, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90632 (ARP) | N/A |
| 27 | 5 Star Tech I GP, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90633 (ARP) | N/A |
| 28 | 5 Star Tech II-1 GP, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90634 (ARP) | N/A |
| 29 | 5 Star Tech II-4 GP, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90635 (ARP) | N/A |
| 30 | 1340 Bob Hope Drive Parent, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90636 (ARP) | N/A |
| 31 | 11751 Alameda Avenue Parent, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90637 (ARP) | N/A |
| 32 | Unit 82 El Paso Owner, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90638 (ARP) | 92-2192399 |
| 33 | Southwest Rojas Parent, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90639 (ARP) | N/A |
| 34 | Southwest Rojas, LLC | 6720 N. Scottsdale Rd., Suite #130, Scottsdale, AZ 85253 | 25-90640 (ARP) | N/A |

2. **All other names used in the last 8 years:** See Rider 1

3. **Address:** See chart above

4. **Debtors' attorneys:**

   **O'MELVENY & MYERS LLP**
   Nicholas J. Hendrix (TX Bar No. 24087708)
   2801 North Hardwood Street, Suite 1600
   Dallas, Texas 75201
   Telephone:  (972) 360-1900
   Facsimile:     (972) 360-1901

   Debtors' notice and claims agent (for court documents and case information inquiries):

   **Case Website**:
   https://cases.stretto.com/FStarSocorro
   **Email**: TeamFStarSocorro@stretto.com
   **Telephone**: 833-902-2372  (Toll-free)

| | | |
|---|---|---|
| Email:     nhendrix@omm.com<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Julian Gurule (admitted *pro hac vice*)<br>400 South Hope Street, 19th Floor<br>Los Angeles, California 90071<br>Telephone:   (213) 430-6000<br>Facsimile:   (213) 430-6407<br>Email:     jgurule@omm.com<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Peter Friedman (admitted *pro hac vice*)<br>Matthew Kremer (admitted *pro hac vice*)<br>Diana M. Perez (admitted *pro hac vice*)<br>1301 Avenue of the Americas, Suite 1700<br>New York, New York 10019<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>       mkremer@omm.com<br>       dperez@omm.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | **If by First-Class Mail:**<br>F-Star Socorro Processing Center<br>c/o Stretto, Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>**If by Hand Delivery or Overnight Mail:**<br>F-Star Socorro Processing Center<br>c/o Stretto, Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | |

| | | | |
|---|---|---|---|
| 5. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address. | **United States Courthouse**<br>**515 Rusk Street**<br>**Houston, Texas 77002** | **Hours Open:  Monday - Friday**<br>**8:00 AM - 4:00 PM CT**<br>**Contact phone:  713-250-5500** |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/FStarSocorro | |
| 6. | **Meeting of Creditors** | **December 10, 2025, at 11:00 a.m. (prevailing Central Time)** | **Location:**<br>**Telephone Conference Call**<br><br>**Dial: 888-330-1716**<br>**Code:  7125797** |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |

Official Form 309F1 (For Corporations or Partnerships)     **Notice of Chapter 11 Bankruptcy Case**

Official Form 309F1 (For Corporations or Partnerships) — Notice of Chapter 11 Bankruptcy Case

| | | |
|---|---|---|
| 7. | **Proof of Claim Deadline:** | **Deadline for filing proof of claim: Not yet set. You will receive another notice once the dates have been set.**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https:pacer.uscourts.gov, or on the website of the Debtors' Claims and Noticing Agent at https://cases.stretto.com/FStarSocorro.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: Not applicable** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F1 (For Corporations or Partnerships)                                   **Notice of Chapter 11 Bankruptcy Case**

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Other Entity Name |
|---|---|
| Five Star Development Resort Communities, LLC | Arizona Five Star Development Resort Communities |