## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| F-STAR SOCORRO, *et al.,* | Case No. 25-90607 (ARP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF FILING OF ALTERNATIVE DIP FINANCING PROPOSAL
[Related to Docket Nos. 17, 52]

**PLEASE TAKE NOTICE** that, on November 5, 2025, the above-captioned debtors (the "**Debtors**") filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Case Collateral; (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief* [Docket No. 17] (the "**Interim DIP Motion**") and the *Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Use Case Collateral; (II) Granting Liens and Providing Claims*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are F-Star Socorro, L.P. (7438); Five Star Development Properties, LLC (2183); Five Star Development Resort Communities, LLC (1282); Five Star Resort Holdings Parent, LLC (N/A); Five Star Resort Holdings, LLC (N/A); Five Star Resort Mezz, LLC (N/A); Five Star Resort Owner, LLC (4994); Five Star Land Holdings Parent, LLC (N/A); Five Star Land Holdings (AZ), LLC (N/A); Five Star Land Mezz, LLC (N/A); Five Star Land Owner, LLC (N/A); FSPV Mezz C Sub LLC (5233); FSPV Res C, LLC (8745); 11751 Alameda Avenue Owner, LLC (2300); JNY Building Owner, LLC (6282); JNY II Building Owner, LLC (9687); 1340 Bob Hope Drive Owner, LLC (4986); JNY, L.P. (3609); JNY II, L.P. (3041); 5 Star Tech I, L.P. (4020); 5 Star Tech I-1, LP (5916); 5 Star Tech II-4, LP (2357); 5-Star Tech II-2, L.P. (6602); F-Star Socorro Holding Co., LLC (6729); JNY Mezz, LLC (N/A); JNY II Mezz, LLC (N/A); 5 Star Tech I GP, LLC (N/A); 5 Star Tech II-1 GP, LLC (N/A); 5 Star Tech II-4 GP, LLC (N/A); 1340 Bob Hope Drive Parent, LLC (N/A); 11751 Alameda Avenue Parent, LLC (N/A); Unit 82 El Paso Owner, LLC (2399); Southwest Rojas Parent, LLC (N/A); and Southwest Rojas, LLC (N/A). The Debtors' mailing address in these chapter 11 cases is 6720 N. Scottsdale Rd., #130, Scottsdale, AZ 85253.

*with Superpriority Administrative Expense Status; (III) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief* ("**Proposed Interim DIP Order**") attached to the Interim DIP Motion as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, on November 6, 2025, the Debtors filed a revised form of the Proposed Interim DIP Order [Docket No. 52] (the "**Revised Proposed Interim DIP Order**") which attaches a revised DIP term sheet as Exhibit 1 to Exhibit A thereto (the "**Revised Proposed DIP Term Sheet**") and a revised initial DIP budget.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 1** is an alternative financing proposal to the Debtors from RC PV Lender I LLC (the "**Alternative Financing Proposal**") (which attaches the proposed initial DIP budget and the other exhibits thereto).[2]

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit 2** is a redline between the Revised Proposed DIP Term Sheet and the Alternative Financing Proposal.

*[Remainder of this page intentionally left blank.]*

---

[2] An Excel version of the Draw 25 and Draw 26 exhibits (each as defined in the Alternative Financing Proposal) has been provided to the Debtors and is available to the Court upon request.

#101313295v1

Dated:  November 7, 2025

/s/ Marshall S. Huebner
**DAVIS POLK & WARDWELL LLP**
Marshall S. Huebner (*pro hac vice* to be filed)
Elliot Moskowitz (*pro hac vice* to be filed)
Eli J. Vonnegut (*pro hac vice* to be filed)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000


FENNEMORE CRAIG, P.C.

/s/ Anthony W. Austin
Anthony W. Austin
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
Phone: 602-916-5000
Email: aaustin@fennemorelaw.com

#101313295v1

## **Exhibit 1**

Alternative Financing Proposal

#101313295v1

**TERM SHEET**
**F-Star Socorro, L.P. and each of its affiliates that are debtors and debtors-in-possession**

This term sheet (this "Term Sheet") summarizes the principal terms of a financing (the "DIP Loan") between the Borrowers and RC PV Lender 1 LLC and its assigns ("Lender"). Subject to approval by the Bankruptcy Court (as defined below) and entry of the Interim DIP Order (as defined below) and the Final DIP Order (as defined below), each in form and substance acceptable to Lender, this Term Sheet is a commitment to lend and is binding upon Lender.

| | |
|---|---|
| **Lender:** | RC PV Lender 1 LLC and/or one or more of its affiliates and/or subsidiaries (the "Lender"). |
| **Borrowers:** | F-Star Socorro, L.P. and each of its affiliates that are debtors and debtors-in-possession (collectively, the "Borrowers"). |
| **DIP Loan Amount:** | Lender will provide a loan (the "DIP Loan") to Borrowers not in excess of $19,152,978.28 (the "Total Principal Amount") as set forth in Funded Amount below. <br><br> Subject to the entry of an interim (the "Interim DIP Order") and a final order (the "Final DIP Order") approving the DIP Loan by the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). |
| **Use of Proceeds:** | The DIP Loan will be available to Borrowers to fund operating expenses (including expenditures necessary to facilitate the closing of the Villas), restructuring costs, professional fees, case administration costs, and other general corporate purposes as set forth in the budget attached as Exhibit A (the "DIP Budget"). |
| **Funded Amount:** | Subject to the conditions and terms set forth herein, the full Total Principal Amount shall be immediately available for draw upon Bankruptcy Court approval and entry of the Interim DIP Order in form and substance acceptable to Lender. All draws shall be in accordance with duly executed and binding documentation to be executed and delivered by the parties (the "Definitive Documents") in form and substance acceptable to Lender. |
| **Funding Dates:** | • **Initial Draw, up to a principal amount of $11,683,821.09**. Available on the entry of the Interim DIP Order approving the DIP Loan on an interim basis (the "Initial Draw"). Up to $3,800,000 of the Initial Draw may be used for general corporate purposes while the balance of $7,883,821.09 shall be used solely in accordance with the draw requests attached as Exhibit B and Exhibit C ("Draw 25" and "Draw 26", respectively). <br><br> • **Additional Draws, up to a principal amount of an additional $7,469,157.19**. Available on the entry of the |

<table>
<tr><td></td><td>Interim DIP Order approving the DIP Loan and for the first 9 months of the DIP Loan subject to mutually agreed operating and collateral metrics. Additional draws will each be in a minimum principal amount of $500,000 and subject to a 5-day advance notice (the "<u>Additional Draws</u>", which, when taken together with the Initial Draw, constitute the "<u>Funded Amount</u>"), provided that the aggregate principal amount of all Additional Draws may not exceed $7,469,157.19. The Additional Draws shall be subject to the following conditions (collectively, the "<u>Advance Conditions</u>"):<br><br>• Evidence of work completed and in place for the funds being advanced, including without limitation, an inspection of the property at the election of Lender<br><br>• Borrower's Requisition, together with an application, for payment on AIA Forms G702 and G703 (or such other form or forms and Lender may approve in Lender's sole discretion).<br><br>• A notice of continuation or title reflecting no additional liens, claims or encumbrances against the property since the origination of the DIP Loan.<br><br>• Unconditional lien waivers for the improvements being advanced.<br><br>• The final advance shall have a holdback in the amount no greater than $750,000 until a certificate of occupancy is procured for all remaining units.</td></tr>
<tr><td><strong>Maturity:</strong></td><td>Lender will be entitled to immediate repayment of all outstanding obligations under the DIP Loan on the earliest of (collectively, the "<u>Repayment Date</u>"):<br><br>(a) the effective date of the plan of reorganization;<br><br>(b) closing on a sale of all or substantially all of the Borrowers' assets (unless otherwise agreed to by the parties); provided that, in no event, shall any Residence Sale (as defined below) trigger the Repayment Date; and<br><br>(c) 12 months from the date of origination, subject to extension as set forth below (for a total of up to 15 months from the date of origination).<br><br>Lender will consider converting some or all of the DIP Loan to an exit financing facility in conjunction with an emergence from chapter 11 (subject to terms agreeable to Lender and Lender's internal approvals).</td></tr>
</table>

| | |
|---|---|
| **Amortization:** | None. |
| **Prepayment:** | The Borrower may prepay the DIP Loan in full or in part at any time (the date on which any such prepayment occurs, a "<u>Prepayment Date</u>"). There will be a mandatory repayment of the DIP Loan upon the sale of any assets with the net proceeds thereof (unless otherwise agreed to by the parties) other than (i) any Residence Sale and (ii) sales in the ordinary course of business and in accordance with the DIP Budget. |
| **Loan Interest Rates and Fees:** | The DIP Loan interest rates and fees will be as follows:<br>(i)     <u>Issuance Fee</u>: None.<br>(ii)    <u>Cash Interest</u>: None.<br>(iii)   <u>PIK Interest</u>: The Borrowers will pay the Lender PIK interest at 14.0% *per annum* on the outstanding Funded Amount, which shall be added to the Funded Amount on a monthly basis but not counted against draw limits for any of the draws contemplated herein.<br>(iv)   <u>Exit Fee</u>: None.<br>(v)    <u>Default Interest Rate</u>: During the occurrence and continuance of an Event of Default, the PIK interest rate will increase by 2.0%<br>(vi)   <u>Extension Fees</u>: If the DIP Loan is not repaid in full on or before the Repayment Date, time being of the essence, the Borrowers will pay to the Lender, in addition to the other amounts as set forth in this Term Sheet, an extension fee of 1.0% of the Total Principal Amount as of the Repayment Date, which shall extend the Repayment Date by an additional 3 months (the Extension Fee will be capitalized and added to the Funded Amount at the time of extension, but, if applicable, will not count against draw limits). Borrowers shall be entitled to no more than one (1) 3-month extension period at the Repayment Date (based on mutually agreed operating and restructuring milestones).<br>(vii)   <u>Unused Fee</u>: None.<br>(viii)   <u>Minimum Multiple of Invested Capital</u>: None. |
| **Variance Tests** | Borrowers shall be within 20% of their trailing rolling budget projections (as approved by the Lender). |
| **Collateral Security and Priority:** | The collateral and priority for the DIP Loan (the "<u>Collateral</u>") will include pursuant, to Bankruptcy Code sections 364(c)(1), 364(c)(2), 364(c)(3) and 364(d), the following:<br><br>Fully perfected junior security interests and liens upon (the "<u>DIP Liens</u>") in the following properties:<br><br>•   Real property located at (i) 1273 Joe Battle Boulevard, El Paso, Texas; (ii) 1277 Joe Battle Boulevard, El Paso, |

Texas; (iii) 1281 Joe Battle Boulevard, El Paso, Texas; (iv) 1301 Joe Battle Boulevard, El Paso, Texas; (v) 1321 Joe Battle Boulevard, El Paso, Texas (collectively, the "Joe Battle Property"), which property secures the indebtedness under, and is more particularly described in, that certain Loan Agreement, dated December 27, 2023, by and between Star Tech I, L.P., 5 Star Tech II-1, LP, and 5 Star Tech II-4, LP, AIG Asset Management (U.S.), LLC, as administrative agent, and the lenders from time to time party thereto (the "Joe Battle Corebridge Loan").

- Real property located at 11751 Alameda Avenue, El Paso, Texas 79927 (the "11751 Alameda Property"), which property secures the indebtedness under, and is more particularly described in, that certain Loan Agreement, dated December 27, 2023, by and between F-Star Socorro Holding Co., LLC, AIG Asset Management (U.S.), LLC, as administrative agent, and the lenders from time to time party thereto (the "Alameda Corebridge Loan").

- Five land parcels located at 7000 East Lincoln Drive, Paradise Valley, Arizona 85253, which include the Palmeraie Scottsdale, Palmeraie Paradise Valley, Ritz-Carlton Resort, Ritz-Carlton Villas ("Villas"), and Ritz-Carlton Estate Lots (collectively, the "Ritz-Related Properties"), which are subject to, and further defined, in, the Construction Loan Agreement, dated May 11, 2023 (the "CLA"), by and between Five Star Resort Owner, LLC, Five Star Land Owner, LLC, FSPV Res C, LLC, Unit 82 El Paso Owner, LLC, F-Star Socorro, L.P., JNY Building Owner, LLC, JNY II Building Owner, LLC, 1340 Bob Hope Drive Owner, LLC, 11751 Alameda Avenue Owner, LLC and Lender.

- Real property located at (i) 1340 Bob Hope Drive, El Paso, Texas 79936; (ii) 11891 Alameda Avenue, El Paso, Texas 79927; (iii) 11801 Alameda Avenue, El Paso, Texas 79927; (iv) 11091 Alameda Avenue, El Paso, Texas; (v) 12183 Alameda Avenue, Clint, Texas 79836; and (vi) certain land parcels located at 11751 Alameda Avenue, Socorro, Texas 79927 (collectively, the "Alameda Properties"), which property secures the indebtedness under, and is more particularly described in, the CLA.

- Notwithstanding the foregoing, the Borrowers shall be permitted to sell the Villas and Estate Homes (each a "Residence Sale" and collectively the "Residence Sales") subject to, in the case of Villas, satisfaction of the minimum release price requirements attached as

| | |
|---|---|
| | Exhibit D (the "<u>Minimum Price Requirements</u>") and, in the case of Estate Homes, satisfaction of the requirements listed in Schedule 4B of the CLA; *provided* that the Borrowers shall be permitted to close the Residence Sales without meeting the foregoing requirements so long as they use the funds currently in the Rojas escrow account (the "<u>Rojas Escrow</u>") to make up any shortfalls. Upon the consummation of each Residence Sale, such property shall be automatically and irrevocably released as Collateral without any necessary consent or approval from the Lender subject to any proceeds thereof being applied to paydown prepetition indebtedness.<br><br>• Upon entry of the Interim DIP Order, Lender will have priority and security on the Collateral limited to sections 364(c)(1)-(3) of the Bankruptcy Code. |
| **Supplemental Collateral** | Upon entry of the Interim Order, non-debtors F-Star Buckeye Rd LLC and Buckeye Building Owner LLC shall grant a fully perfected junior security interest in the real property located at 8585 W Buckeye Rd., Tolleson, AZ 85353-9222 (the "<u>Buckeye Property</u>") to Lender. If the Final Order authorizing the DIP Liens is not entered on or before 45 days from the Petition Date, then Lender will record such mortgage. |
| **Guaranty** | Upon entry of the Interim Order, Borrowers and their principals, Gerald C. Ayoub and Claudia S. Ayoub, will provide full recourse guaranties for the Initial Draw; *provided that*, if within ten days of the Initial Draw, the principals fail to provide to the Lender financial statements that are satisfactory to the Lender, the Debtors will provide (i) guarantees from certain trusts of such principals for the Initial Draw, or (ii) additional collateral as agreed by the Lender and Debtor. |
| **Covenants:** | Affirmative, negative, and other financial and operational covenants customary for transactions of this type, including but not limited to:<br>• Effective upon the entry of the Final Order, minimum cash balance in an amount to be mutually agreed (which may be funded from borrowed funds);<br>• Maximum capital expenditures;<br>• No dividends or any other upstream payments or distributions other than any such dividends, payments or distributions (i) by any subsidiary to any Borrower or (ii) payable solely in common stock or other equity interests that is not disqualified equity;<br>• No change of control, except as may be permitted under applicable provisions of the Bankruptcy Code, including, |

| | |
|---|---|
| | but not limited to sections 363 or 1129 of the Bankruptcy Code[1]; <br>• Maintenance of appropriate insurances and addition of Lender as additional insured, lender's loss payee and/or mortgagee, as applicable, under such insurance policies; <br>• Limitations on additional debt, guarantees, and hedging arrangements, including the subordination of all intercompany indebtedness; <br>• Limitations on liens and further negative pledges; <br>• Limitations on sales, transfers, and other dispositions of assets, except for (i) any Residence Sale and (ii) as may be permitted under applicable provisions of the Bankruptcy Code, including, but not limited to sections 363 or 1129 of the Bankruptcy Code; <br>• Limitations on loans and investments; <br>• Limitations on creating new subsidiaries or becoming a general partner in any partnership; <br>• Commitment to use funds currently in the Rojas Escrow in connection with closings of the Villas (as previously consented to by Lender) prior to using any portion of the Funded Amount; and <br>• Customary limitations on transactions with non-Borrower affiliates and insiders (as defined in the Bankruptcy Code), but excluding transactions with the non-debtor management and developer entities that provide property management and real estate development services for the Debtors to the extent authorized by the Bankruptcy Court and set forth in the DIP Budget. |
| **Exit Financing:** | Lender to consider exit financing based on Borrowers exit plan. |
| **Representations and Warranties:** | Usual and customary representations and warranties, including organization in good standing, validity of agreements, tax status, compliance with law, and operational and financial disclosures. |
| **Reporting:** | • Cash flow variance reporting provided weekly. <br>• Updated DIP Budgets provided monthly. <br>• Financial reporting generally provided by debtors in possession to their secured lenders in chapter 11 cases. <br>• Any reporting provided to other parties in interest in the Borrowers' chapter 11 cases. |
| **Events of Default:** | Events of Default will include, in addition to other such events customarily found in transactions similar to the DIP Loan: <br>• Payment defaults. <br>• Covenant defaults. <br>• Representation or warranty breaches. <br>• Failure to obtain entry of the Final DIP Order in form and substance acceptable to Lender within 45 days of entry of |

---

[1] For the avoidance of doubt, change or removal of the CRO is not deemed a change of control.

| | the Interim DIP Order. |
|---|---|
| | Among other remedies, upon the occurrence and continuance of an Event of Default, and subject to a remedies notice period (as described in the Interim DIP Order) and the terms of the Interim DIP Order, the Lender may accelerate all of the DIP Loan obligations and enforce its remedies against the Collateral. |
| **Expenses:** | None. |
| **Governing Law, Waiver of Jury Trial, Jurisdiction:** | In connection with the transaction outlined in this Term Sheet, all parties agree: (i) that the law of the State of New York governs without regard to any conflict of law principals; (ii) to the waiver of a trial by jury; and (iii) to the exclusive jurisdiction of the Bankruptcy Court, and, if the Bankruptcy Court does not have (or abstains from) jurisdiction, to the jurisdiction of the state and federal courts located in the Southern District of Texas. The Definitive Documents will be governed by New York law. |
| **Definitive Documents:** | Other than the Initial Draw that will documented solely by this Term Sheet, the DIP Loan will be documented by, among other things, a promissory note, security and credit agreement[, all of which will be subject to Bankruptcy Court approval][2]. |
| **Adequate Protection:** | Customary use of collateral and adequate protection provisions in favor of prepetition secured creditors, including (i) for the lenders party to the Alameda Corebridge Loan and Joe Battle Corebridge Loan, (a) payment of fees and expenses up to a cap of $1,000,000 and (b) adequate protection liens on the 11751 Alameda Property, Alameda Properties and Joe Battle Property, in each case, which shall be junior to the prepetition liens and the DIP Liens and (ii) for the lenders party to the CLA, adequate protection liens on Collateral other than the Ritz-Related Properties, which shall be junior to the prepetition liens and the DIP Liens. |
| **Other:** | The DIP Loans shall not be subject to recharacterization, avoidance, subordination, disgorgement or any similar form of recovery by the Debtors or any other person. |
| | (a) The rights of the Debtors to seek disgorgement of any and all proceeds of Residence Sales (the "Sale Proceeds") applied to prepay the outstanding balance of the indebtedness under the CLA (the "CLA Claims") are fully reserved, including without limitation in the event of (i) any successful avoidance, subordination, or disallowance of the CLA Claims and/or (ii) any ruling by the court that the Debtors may use the Sale Proceeds over the objection of Lender on the grounds that Lender is adequately protected against any diminution in value of its collateral securing the CLA Claims resulting from such use of the Sale Proceeds and (b) Madison Realty Capital will be liable for any such disgorgement ordered by the court. |

---

[2] TBD.

[Signature page follows]

## **Exhibit A**

DIP Budget

**Lender** Weekly DIP Model Forecast

*($ in 000s)*

| | | Act | Fct | Fct | Fct | Fct | Total |
|---|---|---|---|---|---|---|---|
| **Week #** | | 0 | 1 | 2 | 3 | 4 | |
| **Week Ended  #** | | 11/1 | 11/8 | 11/15 | 11/22 | 11/29 | |
| **COMMERCIAL PROPERTIES CASH FLOWS** | | | | | | | - |
| **Commercial Cash Reciepts:** | | | | | | | |
| Rental Income | | $      - | $      - | $      - | $      - | $   1,195 | $   1,195 |
| Billboard Income | | | | | | 1 | 1 |
| Cam Reimbursement | | | | | | 226 | 226 |
| Insurance Reimbursement | | | | | | 76 | 76 |
| Property Tax Reimbursement | | | | | | 256 | 256 |
| **Total Commercial Cash Reciepts** | [2] | $      - | $      - | $      - | $      - | $   1,754 | $   1,754 |
| | | | | | | | |
| **Commercial Operating Disbursements:** | | | | | | | |
| Adequate Assurance of Utilities | | $      - | $   (100) | $      - | $      - | $      - | $   (100) |
| Insurance | | - | | | | (89) | (89) |
| Property Tax Expense | | - | | | | - | - |
| Prinkler System Testing | | - | | | | - | - |
| Fire Pump Testing | | - | | | | (0) | (0) |
| Landscaping Maintenance | | - | | | | (57) | (57) |
| Security / Monitoring | | - | | | | (2) | (2) |
| Repairs and Maint. Other | | - | | | | (132) | (132) |
| R/M  Landscaping | | - | | | | - | - |
| Utilities  Electric | | - | | | | (23) | (23) |
| Utilities  Water | | - | | | | (19) | (19) |
| Operating Expenses - Allocated | | - | | | | (80) | (80) |
| Management Fees | | - | | | | (87) | (87) |
| Parking Lot Sweeping | | - | | | | (6) | (6) |
| Fire Hydrant Inspection | | - | | | | - | - |
| Fire Hydrant License | | - | | | | - | - |
| Backflow Precenter Inspection | | - | | | | - | - |
| Trash Removal | | - | | | | (1) | (1) |
| Utilities  Gas | | - | | | | (0) | (0) |
| Real Estate Broker Fees | | - | | | | - | - |
| Storm Water Mgmt. Fees | | - | | | | (2) | (2) |
| **Total  Commercial Operating Disbursements** | | $   (100) | $      - | $      - | $   (499) | $   (599) |
| | | | | | | | |
| **Ritz Properties Operating Disbursements:** | | | | | | | |
| Utilites | | $      - | $      - | $      - | $      - | $   (95) | $   (95) |
| Tax | | - | | | | - | - |
| Insurance | | - | | | | - | - |
| HOA Association Shortfall True Up | | - | | | | (164) | (164) |
| Misc. | | - | | | | (20) | (20) |
| **Total  Ritz Properties Operating Disbursements** | | $      - | $      - | $      - | $      - | $   (279) | $   (279) |
| | | | | | | | |
| **Net Operating Cash Flow** | | 122 | (100) | - | - | 976 | 999 |
| **Cumulative** | | 122 | 22 | 22 | 22 | 999 | 1,187 |
| | | | | | | | |
| **Non-Recoverable Expenses** | | | | | | | |
| Property Tax Expense | | $      - | $      - | $      - | $      - | $   0.34 | $   0.34 |
| **Non-Rec. Exp. Total** | | - | - | - | (0.34) | (0.34) |
| | | | | | | | |
| **Financing Activities** | | | | | | | |
| Interest Expense for Corebridge | | | - | - | - | (686) | (686) |
| **Total Financing Activities** | | $      - | $      - | $      - | $   (686) | $   (686) |
| | | | | | | | |
| **Net Cash Flow** | [1] | 122 | (100) | - | - | 291 | 314 |
| **Cumulative Cash Flow** | | | 22 | 22 | 22 | 313 | |
| | | | | | | | |
| **PROFESSIONAL FEES CASH FLOW** | | | | | | | |
| Bankruptcy Related Disbursements | | | | | | | |
| Debtor Professionals | | $   (691) | $   (676) | $   (793) | $   (845) | $   (3,005) |
| Committee Professionals | | - | - | (35) | (35) | (70) |
| Other Professionals | | (70) | (70) | (70) | (70) | (280) |
| US Trustee | | - | - | (19) | (19) | (19) | (57) |
| DIP Lender Counsel | | - | | | | | |
| **Total Bankruptcy Related Disbursements** | | $   (761) | $   (765) | $   (917) | $   (969) | $   (3,412) |
| **CONSTRUCTION LOAN DRAWS CASH FLOW** | | | | | | | |
| | | | | | | | |
| Hard Costs | | | | | | | |
| Villas - Armstrong | | $   (7,236) | | | $   (7,117) | $   (14,353) |
| Soft Costs | | | | | | | |
| Permits & city/town Fees (including Property Tax) - Hotel | | (285) | | | - | (285) |
| Permits & city/town Fees (including Property Tax) - Villa | | (71) | | | - | (71) |
| FF&E & Millwork | | - | | | (31) | (31) |
| General & Admin and Marketing Cost | | - | | | (177) | (177) |
| Pre-Opening | | (1) | | | - | (1) |
| Architect & Engineer | | (20) | | | - | (20) |
| Insurance | | (271) | | | - | (271) |
| **Total Bankruptcy Related Disbursements** | [3] | $   (7,884) | $      - | $      - | $   (7,325) | $   (15,208) |
| | | | | | | | |
| **DELTA IN MRP SALES FOR 29 UNITS CASH FLOW** | | | | | | | |
| | | | | | | | |
| Remaining MRP Shortfall After Rojas Escrow Utilization | [4] | | | | $   (145) | $   (145) |
| **Total Bankruptcy Related Disbursements** | | $      - | $      - | $      - | $   (145) | $   (145) |
| | | | | | | | |
| **DIP Financing** | | | | | | | |
| Beginning Cash | | $      - | $   2,939 | $   2,174 | $   1,257 | $      - |
| Net Cash Flow | | (8,745) | (765) | (917) | (8,147) | (18,574) |
| Interim/Final DIP | | 11,684 | | | 7,470 | 19,154 |
| **Ending Book Cash** | | $   2,939 | $   2,174 | $   1,257 | $   580 | $   580 |

**Notes:**

[1]   Debtor cash available on hand is $122,045.65. Additional funds held by lender in cash management account is
       $165,410.94 for the benefit of Debtor entities. Total Cash totals is $287,455.49.

[2]   Lender reserves all rights-use of significant portion of funds is unrelated to Lender Collateral

[3]   Balance of Hard and Soft Costs Due for Villa Completion funded after requisition submitted and work verified in place.

[4]   For simplicity this amount is shown in week 4, however; these dollars may not be needed until December 2025 or Q1 2026 based on Debtor's Sales Schedule.

*Worksheet:  Debtor DIP Budget*
*Lender DIP Budget_v2:10131282c0v2*

**<u>Exhibit B</u>**

Draw 25

| Budget Line Items / Line Items | Code | Original Budget / Closing | Upsize / DEBT | Additional Equity / INJECTED | REVISED BUDGET | Previous Budget / Reallocation | Current Budget / Reallocation | Total to date Budget / Reallocation | Current Total Budget | Prior to loan WIP / 3.1.2023 | Prior Request WIP / 7/31/2025 | Prior to Current Draw WIP | Current Requested WIP / 8/31/2025 | Total WIP | % Completed | Retainage | Unused Net of retainage | Gross Unused Includes Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acquisition Costs** | | | | | | | | | | | | | | | | | | |
| Parcel A - Ritz Carlton Hotel | 1001 | | | | 14,362,247 | | | | 14,362,247 | 14,362,247 | | | | 14,362,247 | 100% | | | |
| Parcel A1 - Villas | 1002 | 7,129,194.05 | | | 7,129,194 | | | | 7,129,194 | 7,129,194 | | | | 7,129,194 | 100% | | | |
| Parcel B - Sold (future residences site) | 1003 | | | | | | | | | | | | | | | | | |
| Parcel C - Estate Homes | 1004 | 12,834,032.99 | | | 12,834,033 | | | | 12,834,033 | 12,834,033 | | | | 12,834,033 | 100% | | | |
| Parcel D - Future Villas | 1005 | 5,652,909.33 | | | 5,652,909 | | | | 5,652,909 | 5,652,909 | | | | 5,652,909 | 100% | | | |
| Parcel E1 and E2 - Shops | 1006 | 13,234,632.86 | | | 13,234,633 | | | | 13,234,633 | 13,234,633 | | | | 13,234,633 | 100% | | | |
| Parcel E1 and E2 - Deferred Payment #1 | 1007 | 3,167,706.41 | | | 3,167,706 | | | | 3,167,706 | 3,167,706 | | | | 3,167,706 | 100% | | | |
| Parcel E1 and E2 - Deferred Payment #2 | 1008 | 5,192,961.33 | | | 5,192,961 | | | | 5,192,961 | 5,192,961 | | | | 5,192,961 | 100% | | | |
| Master Site | 1009 | 10,920,055.82 | | | 10,920,056 | | | | 10,920,056 | 10,920,056 | | | | 10,920,056 | 100% | | | |
| **Total Acquisition Costs** | | **72,493,740.11** | | | **74,518,995** | | | | **74,518,995** | **72,493,740** | | | | **72,493,740** | **97%** | | | |
| **Hard Costs** | | | | | | | | | | | | | | | | | | |
| **Hotel** | | | | | | | | | | | | | | | | | | |
| Hotel Hard Costs - GMP - F Roberts | 2001 | 99,726,922.32 | | | 99,726,922 | 4,316,935.76 | | 4,316,935.76 | 103,508,086 | 44,166,388 | 39,496,461.97 | 83,662,849.60 | | 83,662,849.60 | 81% | 3,365,109.28 | 16,480,127.20 | 19,845,236.58 |
| Hotel Hard Costs - PWI | 2002 | 1,701,578.71 | | | 1,701,579 | | | | 1,701,579 | 1,701,578.71 | 1,701,578.71 | | 1,701,579 | 100% | | | |
| Hotel Hard Costs - Layton | 2003 | 101,869,716.86 | | | 101,869,716 | | | | 101,869,716 | 101,869,716 | 101,869,716.00 | | 101,869,716 | 100% | | | |
| Hotel Hard Costs - Gilbane Bid per MRC 2024 | 2011 | | | | | 190,000.00 | | 190,000.00 | 190,000 | | 190,000.00 | | 190,000 | 100% | | | |
| Site work (Paving) | 2004 | 20,249,999.75 | | | 20,250,000 | (32,023.22) | | (32,023.22) | 20,217,977 | 20,004,794 | 20,217,976.53 | | 20,217,977 | 100% | | (0.00) | (0.00) |
| Perimeter Road Project | 2005 | 4,200,000.0 | | | 4,200,000 | | | | 4,200,000 | 4,200,000.0 | 4,200,000.00 | | 4,200,000 | 100% | | | |
| Landscaping | 2006 | 3,800,000.00 | | | 3,800,000 | | | | 3,800,000 | 1,286,429 | 1,976,379.57 | 3,262,808.48 | | 3,262,808 | 86% | | 537,191.52 | 537,191.52 |
| Pending Change Orders Exposure | 2007 | 7,284,377.01 | | | 7,284,377 | (6,768,742.90) | | (6,768,742.90) | 515,634 | | 515,634.11 | | 515,634 | 0% | | 515,634.11 | 515,634.11 |
| F Roberts Scope Covered by VKW | 2008 | (1,996,888.00) | | | (1,996,888) | 1,996,888.00 | | 1,996,888.00 | 0 | | | | | | 0% | | | |
| Direct Materials & Install Purchases (Lightstyle, Trane, WW a | 2009 | 8,029,592.00 | | | 8,029,592 | 662,559.83 | | 662,559.83 | 8,692,152 | 7,306,514 | 1,385,637.99 | 8,692,151.83 | | 8,692,152 | 100% | | | |
| **OWNER SHORTFALL** | | | | | | (2,277,894.98) | | (2,277,894.98) | (2,277,895) | | | | | | 0% | | (2,277,894.98) | (2,277,894.98) |
| Contingency | 2010 | 1,859,658.70 | | | 1,859,659 | (1,859,658.70) | | (1,859,658.70) | 0 | | | | | | 0% | | | |
| **Subtotal Hotel** | | **246,724,956.49** | | | **246,724,956** | **(3,971,836.21)** | | **(3,971,836.21)** | **242,447,246** | **182,535,419** | **42,631,601.66** | **223,797,001.16** | | **223,797,001.16** | **92%** | **3,365,109.28** | **15,255,057.85** | **18,620,167.23** |
| **Casitas** | | | | | | | | | | | | | | | | | | |
| Hotel Hard Costs - GMP - VKW (Casitas) | 3001 | 15,136,964.51 | | | 15,136,965 | 9,709,146.07 | | 9,709,146.07 | 24,846,110.58 | 5,230,881 | 15,958,109.61 | 21,188,990.81 | | 21,188,990.81 | 85% | 1,029,329.39 | 2,627,790.38 | 3,657,119.72 |
| Pending Change Orders (VKW only) | 3002 | | | | | (3,450,590.22) | | (3,450,590.22) | (3,450,590) | | | | | | 0% | | (3,450,590.22) | (3,450,590.22) |
| **OWNER SHORTFALL** | | | | | | (3,450,590.22) | | (3,450,590.22) | | | | | | | | | | |
| **Subtotal Casitas** | | **15,136,964.51** | | | **15,136,965** | **6,258,555.85** | | **6,258,555.85** | **21,395,520** | **5,230,881** | **15,958,109.61** | **21,188,990.81** | | **21,188,990.81** | **99%** | **1,029,329.39** | **(822,799.84)** | **206,529.50** |
| **Villas** | | | | | | | | | | | | | | | | | | |
| Villas Hard Costs - GMP - Armstrong Residential | 4014 | | | | | 48,324,956.98 | 1,444,858.44 | 49,769,815.42 | 49,769,815.42 | | 37,288,417.71 | 37,288,417.71 | 3,790,214.83 | 41,078,632.54 | 83% | 2,425,115.95 | 6,266,066.93 | 8,691,182.88 |
| Villas Hard Costs - GMP - F Roberts | 4001 | 82,653,465.62 | | | 82,653,465 | 24,990,661.62 | | 24,990,662 | 107,644,126 | 42,321,667 | 61,174,508.01 | 103,496,174.70 | | 103,496,174.70 | 96% | 3,508,029.76 | 639,921.98 | 4,147,951.74 |
| Villas Hard Costs - PWI | 4002 | 8,017,230.35 | | | 8,017,230 | | | | 8,017,231 | 8,017,231 | 8,017,230.55 | | 8,017,231 | 100% | | | |
| Villas Hard Costs - GMP - Layton | 4003 | 84,566,359.00 | | | 84,566,359 | | | | 84,566,359 | 84,566,359 | 84,566,359.00 | | 84,566,359 | 100% | | | |
| Villas Hard Cost - Reallocate from FRC to FSD | 4013 | | | | | | | | | | | | | | 0% | | | |
| Site work (Paving) | 4015 | | | | | 1,086,847.17 | 174,225.00 | 1,261,072.17 | 1,261,072 | | 1,086,847.17 | 67,559.00 | 1,154,406.17 | 92% | | 106,666.00 | 106,666.00 |
| Perimeter Road Project | 4004 | 12,900,000.21 | | | 12,900,000 | (66,960.62) | | (66,960.62) | 12,833,040 | 12,818,265 | 14,774.63 | 12,833,039.63 | | 12,833,039.63 | 100% | | | |
| Landscaping project (hotel, villas and roadways) | 4006 | 1,500,000.00 | | | 1,500,000 | | | | 1,500,000 | 1,500,000 | | 1,500,000.00 | | 1,500,000.00 | 100% | | | |
| Pending Known Deductive Change Orders | 4007 | 2,600,000.00 | | | 2,600,000 | 20,356.18 | | 20,356.18 | 2,620,356 | 2,269,988 | 350,368.45 | 2,620,356.18 | | 2,620,356.18 | 100% | | | |
| Pending Change Orders Exposure | 4005 | | | | | | | | | | | | | | 0% | | | |
| Direct Materials & Install Purchases (Lightstyle, Trane, WW a | 4009 | 4,136,294.00 | | | 4,136,294 | (4,132,089.77) | | (4,132,089.77) | 4,204 | | 5,737,424.50 | 15,198,622.56 | 59,991.98 | 15,258,614.54 | | 4,204.23 | 4,204.23 |
| Options Selections - Agreements - To Complete | 4010 | 11,605,270.70 | | | 11,605,271 | 3,593,351.86 | 59,991.98 | 3,653,343.84 | 15,258,615 | 9,461,198 | 5,737,424.50 | 15,198,622.56 | 59,991.98 | 15,258,614.54 | 127% | | (69,798,354.37) | (58,046,345.52) |
| **OWNER SHORTFALL** | | | | | | (69,119,279.95) | (3,679,075.42) | (69,798,354.37) | (69,798,354) | | | | | | 0% | | (69,798,354.37) | (69,798,354.37) |
| Contingency | 4011 | 1,167,593.04 | | | 1,167,593 | (1,167,593.04) | | (1,167,593.04) | 0 | | | | | | 0% | | | |
| **Subtotal Villas** | | **209,146,211.36** | | | **209,146,211** | **4,530,201.43** | | **4,530,201.43** | **213,676,463** | **160,954,706** | **105,652,340.47** | **266,607,046.59** | **3,917,766.81** | **270,524,812.31** | **127%** | **5,933,145.71** | **(62,751,459.23)** | **(56,846,345.52)** |
| MRC Additional Hard Cost Contingency | 4012 | 4,622,572.04 | | | 4,622,572 | (4,622,572.04) | | (4,622,572.04) | 0 | | | | | | 0% | | | |
| **TOTAL HARD COSTS** | | **475,630,704.41** | | | **475,630,704.41** | **2,194,299.03** | **(1,670,070.42)** | **2,194,299.03** | **477,489,231** | **348,721,007** | **164,872,111.74** | **511,593,110.46** | **3,917,766.01** | **515,510,884.37** | **100%** | **10,327,584.38** | **(48,349,237.22)** | **(38,021,652.79)** |
| **Soft Costs** | | | | | | | | | | | | | | | | | | |
| **Hotel** | | | | | | | | | | | | | | | | | | |
| FF&E & Millwork | 2020 | 17,188,749.67 | | | 17,188,750 | | | | 17,188,750 | 2,074,222 | 8,798,242.04 | 10,872,464 | | 10,872,464 | 63% | | 6,316,285.73 | 6,316,285.73 |
| Graphics/Signage | 2021 | 750,000.00 | | | 750,000 | | | | 750,000 | 296,814.56 | 296,815 | | 296,815 | 40% | | 453,185.44 | 453,185.44 |
| Systems | 2022 | 2,200,000.00 | | | 2,200,000 | | | | 2,200,000 | 26,128.90 | 26,128 | | 26,128 | 1% | | 2,173,872.00 | 2,173,872.00 |
| OS&E | 2023 | 2,700,000.00 | | | 2,700,000 | | | | 2,700,000 | 166,842.76 | 166,843 | | 166,843 | 6% | | 2,533,157.24 | 2,533,157.24 |
| Pre-Opening | 2024 | 5,750,000.00 | | | 5,750,000 | (288,303.19) | | (288,303.19) | 5,461,697 | 577,582 | 4,476,188.64 | 5,053,771 | | 5,053,771 | 93% | | 407,926.30 | 407,926.30 |
| Permits & city/town Fees (including Property Tax) | 2025 | 3,450,503.22 | | | 3,450,503 | 668,920.60 | 284,994.55 | 953,915.15 | 4,404,418 | 2,376,585 | 1,742,838.74 | 4,119,424 | 284,994.55 | 4,404,418 | 100% | | | |
| Developer Fee (deferred) | 2026 | 5,000,000.00 | | | 5,000,000 | | | | 5,000,000 | 5,000,000 | | 5,000,000 | | 5,000,000 | 100% | | | |
| Off-Site Construction & Impact Fees | 2027 | 3,017,400.00 | | | 3,017,400 | | | | 3,017,400 | 3,017,400 | | 3,017,400 | | 3,017,400 | 100% | | | |
| General & Admin and Marketing Cost | 2028 | 8,467,000.00 | | | 8,467,000 | | | | 8,467,000 | 7,866,385 | 162,048.84 | 8,028,434 | | 8,028,434 | 95% | | 438,566.28 | 438,566.28 |
| Insurance/Bonding | 2029 | 4,225,685.02 | | | 4,225,685 | 1,435,274.63 | | 1,435,274.63 | 5,660,960 | 3,689,153 | 1,961,806.39 | 5,650,960 | | 5,650,960 | 100% | | 10,000.00 | 10,000.00 |
| Sales and Marketing | 2030 | 2,800,000.00 | | | 2,800,000 | | | | 2,800,000 | 2,800,000 | | 2,800,000 | | 2,800,000 | 100% | | | |
| Architect & Engineer | 2031 | 6,691,225.00 | | | 6,691,225 | 1,153,991.49 | | 1,153,991.49 | 7,845,216 | 5,975,811 | 1,869,405.48 | 7,845,216 | | 7,845,216 | 100% | | | |
| Bonding/Settlements (Historical) | 2032 | 37,500.00 | | | 37,500 | 65,663.50 | | 65,663.50 | 103,163 | 101,163.00 | 101,163 | | 101,163 | 100% | | | |
| Hotel Restaurant T1 | 2033 | | | | | | | | | | | | | | 0% | | | |
| Hotel Carry/Operating Deficit | 2034 | | | | | | | | | | | | | | 0% | | | |
| **OWNER SHORTFALL** | | | | | | (1,261,656.56) | 284,994.55 | (1,976,642.11) | (1,976,642) | | | | | | 0% | | (1,976,642.63) | (1,976,642.63) |
| Contingency | 2050 | 1,626,000.00 | | | 631,077 | (718,776.08) | | (718,776.08) | 20,441 | | 20,417.42 | 20,417 | | 20,417 | 100% | | | |
| **Subtotal Hotel** | | **63,017,286.40** | | | **61,017,286** | **53,713.07** | **589,989.10** | **621,752.97** | **63,640,989** | **33,277,138** | **19,521,885.87** | **52,999,033.67** | **284,994.55** | **53,284,028.42** | **84%** | | **10,356,930.96** | **10,356,930.96** |

| Budget Line Items / Line Items | Code | Original Budget Closing | Upsize DEBT | Additional Equity INJECTED | REVISED BUDGET | Previous Budget Reallocation | Current Budget Reallocation | Total to date Budget Reallocation | Current Total Budget | Prior to loan WIP 1.1.2023 | Prior Request WIP 7/31/2025 | Prior to Current Draw WIP | Current Requested WIP 8/31/2025 | Total WIP | % Completed | Retainage | Unused Net of Retainage | Unused Gross Includes Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Villas** | | | | | | | | | | | | | | | | | | |
| FF&E & Millwork | 4020 | 1,137,422.17 | - | - | 1,137,422 | | | | 1,137,422 | 1,027,450 | 78,995.44 | 1,106,446 | | 1,106,446 | 97% | - | 30,976.34 | 30,976.34 |
| Graphics/Signage | 4022 | 236,293.5 | - | - | 236,293 | 126,793.32 | | | 363,086 | 177,219 | 185,866.46 | 363,086 | | 363,086 | 100% | - | 0.00 | 0.00 |
| Systems | 4023 | - | - | - | - | | | | - | | | | | | 0% | | | |
| OS&E | 4023 | 475,000.00 | - | - | 475,000 | 128,645.14 | | | 128,645.14 | 603,645 | | 603,645.14 | 603,645 | | 603,645 | 100% | - | - | |
| Pre-Opening | 4024 | 662,817.00 | - | - | 662,617 | 2,002,914.47 | 600.00 | | 2,003,514.47 | 2,666,331 | 330,387 | 2,335,343.98 | 2,665,731 | 600.00 | 2,665,731 | 100% | - | | |
| Permits & city/town Fees (including Property Tax) | 4025 | 1,872,897.00 | - | - | 1,872,897 | 553,918.90 | 68,528.19 | | 622,447.09 | 2,495,344 | 1,565,744 | 861,071.48 | 2,426,816 | 68,528.19 | 2,495,344 | 100% | - | | |
| Developer Fee (deferred) | 4026 | 2,500,000.00 | - | - | 2,500,000 | | | | 2,500,000 | 2,500,000 | | 2,500,000 | | 2,500,000 | 100% | - | - | |
| Off-Site Construction & Impact Fees | 4027 | 2,004,800.00 | - | - | 2,004,800 | | | | 2,004,800 | 2,004,800 | | 2,004,800 | | 2,004,800 | 100% | - | - | |
| General & Admin and Marketing Cost | 4028 | 6,718,000.00 | - | - | 6,718,000 | | | | 6,718,000 | 6,438,043 | 103,113.85 | 6,541,157 | | 6,541,157 | 97% | - | 176,842.96 | 176,842.96 |
| Insurance | 4029 | 2,485,514.50 | - | - | 2,485,514 | 2,872,532.81 | 271,363.68 | | 3,143,896.49 | 5,629,411 | 2,327,414 | 3,030,632.88 | 5,358,047 | 271,363.68 | 5,629,411 | 100% | - | (0.00) | (0.00) |
| Sales and Marketing | 4030 | 1,200,000.00 | - | - | 1,200,000 | | | | 1,200,000 | 1,200,000 | 1,200,000 | | 1,200,000 | | 1,200,000 | 100% | - | - | |
| Architect & Engineer | 4031 | 3,120,000.00 | - | - | 3,120,000 | 712,546.63 | | | 712,546.63 | 3,832,549 | 2,817,241 | 1,015,307.38 | 3,832,549 | | 3,832,549 | 100% | - | - | |
| Bonding/Settlements (Historical) | 4032 | 37,500.00 | - | - | 37,500 | 277,518.00 | | | 277,518.00 | 315,018 | | 315,018.00 | 315,018 | | 315,018 | 100% | - | - | |
| Owner's Equity | 4040 | - | - | - | - | | | | - | | | | | | 0% | | | |
| Misc Costs | | - | - | - | - | 10,056.34 | | | 10,056.34 | 10,056 | | 10,056.34 | 10,056 | | 10,056 | 100% | - | - | |
| **OWNER SHORTFALL** | | - | - | - | - | (4,997,695.34) | (249,491.87) | | (5,156,187.21) | - | | (5,156,187) | | | 0% | - | (5,156,187.21) | (5,156,187.21) |
| Contingency | 4050 | 55,973.19 | - | - | 55,973.19 | (55,973.19) | | | (55,973.19) | - | | | | | 0% | - | 0.00 | 0.00 |
| *Subtotal Villas* | | 22,606,218.39 | - | - | 22,606,218 | 1,631,289.08 | | | 1,631,289.08 | 24,137,478 | 20,368,301 | 8,639,060.91 | 26,927,381.91 | 340,491.87 | 29,267,843.38 | 12% | - | (5,130,367.91) | (5,130,367.91) |
| | | | | | | | | | | | | | | | | | | |
| **Others** | | | | | | | | | | | | | | | | | | |
| Additional Insurance | 6001 | - | - | - | - | | | | - | | | | | | 0% | | | |
| GC lien bonding | 6002 | - | - | - | - | | | | - | | | | | | 0% | | | |
| Construction Monitoring - MRC | 6003 | 240,000.00 | - | - | 240,000 | (120,000.00) | | | (120,000.00) | 120,000 | | 115,000.00 | 115,000 | | 115,000 | 96% | - | 5,000.00 | (10,500.00) |
| Sterling Monitoring | 6006 | - | - | - | - | 130,500.00 | | | 130,500.00 | 130,500 | | 130,500.00 | 130,500 | | 130,500 | 100% | | (10,500.00) | (10,500.00) |
| Additional Construction Monitoring/John Clays | 6004 | 250,000.00 | - | - | 250,000 | (1,301,999.14) | | | (1,301,999.14) | 42,083 | | 335,681.00 | 335,681 | | 335,681 | 154% | - | (85,681.00) | (85,681.00) |
| MRC Additional Soft Cost Contingency | 6005 | 1,344,082.50 | - | - | - | | | | - | | | | | | 0% | | | |
| Title Fees | 6007 | - | - | - | - | 55,600.00 | | | 55,600.00 | 55,600 | | (117,398) | 117,398 | | 117,398 | 211% | - | (61,790.00) | (61,790.00) |
| *Subtotal* | | 1,834,082.50 | - | - | 490,000.00 | (1,246,399.14) | | | (1,246,399.14) | 507,683 | | 698,971.00 | 698,971.00 | | 698,971.00 | 119% | - | (118,087.64) | (118,087.64) |
| | | | | | | | | | | | | | | | | | | |
| **TOTAL SOFT COSTS** | | 87,357,555.29 | - | - | 86,013,473 | 438,073.91 | (55,497.32) | | 1,006,562.91 | 88,365,118 | 53,765,439 | 23,899,517.02 | 82,924,956.38 | 340,491.87 | 83,250,442.00 | 94% | - | 5,115,670.40 | 5,115,670.40 |
| | | | | | | | | | | | | | | | | | | |
| **Financing Costs** | | | | | | | | | | | | | | | | | | |
| **Interim Financing Costs** | | | | | | | | | | | | | | | | | | |
| JLL Consulting Fees | 5001 | 2,267,500.00 | - | - | 2,267,500 | | | | 2,267,500 | 2,167,500 | | 2,167,500 | | 2,167,500 | 96% | - | - | |
| Lender Origination Fees | 5002 | 3,020,000.00 | - | - | 3,020,000 | | | | 3,020,000 | 3,020,000 | | 3,020,000 | | 3,020,000 | 100% | - | - | |
| Interim JLL Consulting Fee | 5003 | 223,686.44 | - | - | 223,686 | | | | 223,686 | 223,686 | | 223,686 | | 223,686 | 95% | - | - | |
| Interim STWD Fee | 5004 | 142,457.00 | - | - | 142,457 | | | | 142,457 | 142,457 | | 142,457 | | 142,457 | 100% | - | - | |
| Financing and Carry Costs | 5005 | 10,166,053.77 | - | - | 10,166,053 | | | | 10,166,053 | 10,166,053 | | 10,166,053 | | 10,166,053 | 100% | - | - | |
| Continued financing costs | 5006 | 18,343,908.39 | - | - | 18,343,908 | | | | 18,343,908 | 18,343,908 | | 18,343,908 | | 18,343,908 | 100% | - | - | |
| Interest Allocation - Senior (Current Pay) | 5007 | 27,484,000.00 | - | - | 27,484,000 | | | | 27,484,000 | 27,484,000 | | 27,484,000 | | 27,484,000 | 100% | - | - | |
| Interest Allocation - Mezz (Current Pay) | 5008 | 23,867,980.5 | - | - | 23,867,981 | | | | 23,867,981 | 23,867,981 | | 23,867,981 | | 23,867,981 | 100% | - | - | |
| Legal / Title / Misc | 5009 | 2,259,550.54 | - | - | 2,259,551 | | | | 2,259,551 | 2,259,551 | | 2,259,551 | | 2,259,551 | 100% | - | - | |
| Starwood Accrual Repayment | 5010 | 5,632,019.22 | - | - | 5,632,019 | | | | 5,632,019 | 5,632,019 | | 5,632,019 | | 5,632,019 | 100% | - | - | |
| Payoff - Accrued Interest & Fees | | 22,644,851 | - | - | 22,644,851 | | | | 22,644,851 | 22,644,851 | | 22,644,851 | | 22,644,851 | 100% | - | - | |
| *Subtotal Interim Financing Costs* | | 116,002,005.31 | - | - | 116,002,005 | | - | - | 116,002,005 | 116,942,005 | | 115,942,005.31 | | 115,942,005 | 100% | - | - | |
| | | | | | | | | | | | | | | | | | | |
| **MRC Transaction Costs** | | | | | | | | | | | | | | | | | | |
| Origination Fee | 7001 | 5,850,000.00 | - | - | 5,850,000 | | | | 5,850,000 | 5,850,000 | | 5,850,000 | | 5,850,000 | 100% | - | - | |
| Lender Legal (K&F) | 7002 | 650,000.00 | - | - | 650,000 | | | | 650,000 | 650,000 | | 650,000 | | 650,000 | 100% | - | - | |
| Borrower Legal | 7003 | 750,000.00 | - | - | 750,000 | | | | 750,000 | 750,000 | | 750,000 | | 750,000 | 100% | - | - | |
| Broker Fee (JLL) | 7004 | 2,210,000.00 | - | - | 2,210,000 | | | | 2,210,000 | 2,110,000 | | 2,110,000 | | 2,110,000 | 95% | - | 100,000.00 | 100,000.00 |
| Title & Tax & Insurance | 7005 | 2,997,406.59 | - | - | 2,997,406 | | | | 2,997,406 | 2,997,406 | | 2,997,406 | | 2,997,406 | 100% | - | - | |
| Third Party Costs | 7006 | 303,904.38 | - | - | 303,904 | | | | 303,904 | 303,904 | | 303,904 | | 303,904 | 100% | - | - | |
| Short Interest | 7007 | 2,781,221.16 | - | - | 2,781,221 | | | | 2,781,221 | 2,781,221 | | 2,781,221 | | 2,781,221 | 100% | - | 1.00 | 1.00 |
| Closing Costs | 7008 | 473,861 | - | - | 473,861 | | | | 473,861 | 473,861 | | 473,861 | | 473,861 | 100% | - | - | |
| Servicing Fee Year 2 | 7009 | 286,650 | - | - | 286,650 | | | | 286,650 | | 307,125.00 | 307,125 | | 307,125 | 107% | - | (20,475.00) | (20,475.00) |
| Interest Reserve | 7009 | 51,182,050.69 | - | - | 51,182,051 | | | | 51,182,051 | 51,182,051 | 307,125.00 | 51,182,051 | | 51,182,051 | 100% | - | - | |
| *Subtotal MRC Financing Costs* | | 67,485,094.75 | - | - | 67,485,095 | | | | 67,485,095 | 15,916,393 | 51,495,173.09 | 67,405,568.75 | | 67,405,568.75 | 100% | - | 79,526.00 | 79,526.00 |
| | | | | | | | | | | | | | | | | | | |
| **TOTAL Financing Costs** | | 183,587,100.06 | - | - | 183,587,100 | | - | - | 183,587,100 | 131,858,398 | 51,495,173.09 | 183,347,574.06 | | 183,347,574.06 | 100% | - | 79,526.00 | 79,526.00 |
| | | | | | | | | | | | | | | | | | | |
| **Total Development Budget** | | $ 819,019,099.87 | - | - | $ 819,700,272 | 2,632,872.84 | (1,734,572.74) | | 3,202,861.94 | 823,911,445 | 604,838,584 | 245,220,805.45 | 850,059,389.01 | 4,543,252.23 | 854,602,641.24 | 100% | - | 10,327,584.38 | (43,154,035.81) | (32,826,451.38) |

| | Code | Original Budget Closing | | | REVISED BUDGET | | | Total to date Budget Reallocation | Current Total Budget | Prior to loan WIP | Prior Request WIP | Prior to Current Draw WIP | Current Requested WIP | Total WIP | % Completed | Retainage | Unused Net of Retainage | Unused Gross Includes Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL INDIRECT** | | 343,388,395.46 | - | - | 344,069,568 | 438,074 | (55,497) | | 1,006,562 | 345,422,213 | 250,117,077 | 80,340,694 | 338,466,271 | 625,456 | 339,091,727 | 98% | - | 6,195,291.40 | 6,195,291.40 |
| **TOTAL HARD COSTS** | | 475,630,704.41 | - | - | 475,630,704 | 2,194,299 | (1,679,075) | | 2,194,299 | 477,488,331 | 346,721,087 | 164,972,112 | 511,693,118 | 3,917,766 | 515,510,884 | 105% | - | 10,327,584.38 | (48,349,337.22) | (38,021,662.79) |
| **TOTAL** | | 819,019,099.87 | - | - | 819,700,272 | 2,632,873 | (1,734,573) | | 3,202,862 | 823,911,445 | 604,838,584 | 245,220,805.45 | 850,059,389 | 4,543,252.23 | 854,602,641.24 | 104% | - | 10,327,584.38 | (43,154,035.81) | (32,826,451.38) |
| | | | | | | Prior Period WIP | Current Funding Request | | | | | | | | | | | |
| DEBT | 71% | 585,000,000.9 | - | - | 585,000,000 | 850,059,389.01 | 4,258,257.68 | 78% | 854,317,647 | | | | | | | | | |
| EQUITY | 26% | 234,019,099.07 | - | - | 234,019,100 | | 8,291 | 22% | 234,019,100 | | | | | | | | | |
| UNIT UPGRADES | | | - | - | - | | | | | | | | | | | | | |
| TOTAL | | $ 819,019,099.87 | | | $ 819,019,100 | 850,059,389.01 | 4,258,257.68 | | 1,088,336,747 | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| **Owner Over-all Shortfall:** | | | | | | | (82,841,088.81) | | | | | | | | | | | $ (82,841,088.81) |

*Lower section summary:*

| | Holdback | Funded WIP & Current Request | Remaining |
|---|---|---|---|
| Soft Cost Holdbacks to fund | 30,662,572 | (25,546,998) | 5,115,675 |
| Hard Cost Holdbacks to fund | 109,647,474 | (147,669,127) | (38,021,653) |
| Servicing and Holdback to fund | 286,650 | (307,125) | (20,475) |
| Interest Reserve to fund | 51,182,051 | (51,182,051) | 0 |
| | 191,778,746.79 | (224,705,199.17) | (32,926,452) |

| | Total ASK | Wire to TITLE | Wire to BORROWER | Fees held by Lender | TOTAL |
|---|---|---|---|---|---|
| Hotel | - | | | | |
| Villas | 3,917,765.81 | 3,790,214.83 | 127,550.98 | | 3,917,765.81 |
| Casitas | - | | (0.0) | | |
| Soft Costs | 340,491.87 | | 340,491.87 | | 340,491.87 |
| Interest & Servicing Fees | - | | | | |
| | 4,258,257.68 | 3,790,214.83 | 468,042.85 | | 4,258,257.68 |

| | FSD Soft Cost Billed | Paid by MRC | Remaining Due to FSD |
|---|---|---|---|
| Outstanding FSD Billed Costs - Jun 2024 draw 14 | 1,856,243.57 | (510,178.94) | 1,346,065.13 |
| Outstanding FSD Billed Costs - Jul-Oct 2024 draw 16 | 1,279,221.41 | (346,480.64) | 932,734.47 |
| Outstanding FSD Billed Costs - Nov 2024 draw 17 | 835,465.99 | (89,202.27) | 746,263.72 |
| Outstanding FSD Billed Costs - Dec 2024 draw 17 | 465,052.11 | (366,740.01) | 102,312.10 |
| Outstanding FSD Billed Costs - Feb 2025 draw 19 | 2,457,490.33 | (2,223,242.42) | 234,250.91 |
| Outstanding FSD Billed Costs - Mar 2025 draw 20 | 1,340,050.70 | (942,731.93) | 400,324.77 |
| | 1,622,026.85 | | 1,622,026.85 |
| | 9,862,567.96 | (4,478,592.01) | 5,383,965.92 |

$ 4,950,060.79
(4,936,400)
13,631

*funded 3/11/25*
*OCIP Ins paid 3/11/25*
*Draw funded 4/8/25*
*Draw funded 6/5/25*

*Worksheet: Draw*
*Draw 25 - Ritz Carlton PV_August 2025 v3 10.23.25:101312681v1*

Exh. 2-003

**<u>Exhibit C</u>**

Draw 26

| Budget Line Items / Line Items | Code | Original Budget Closing | Upsize DEBT | Additional Equity INJECTED | REVISED BUDGET | Previous Budget Reallocation | Current Budget Reallocation | Total to date Budget Reallocation | Current Total Budget | Prior to loan WIP 3.1.2023 | Prior Request WIP 8/31/2025 | Prior to Current Draw WIP | Current Requested WIP 9/30/2025 | Total WIP | % Completed | Retainage | Unused Net of Retainage | Gross Unused Includes Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acquisition Costs** | | | | | | | | | | | | | | | | | | |
| Parcel A - Ritz Carlton Hotel | 1001 | 14,362,247.32 | | | 14,362,247 | | | | 14,362,247 | 14,362,247 | | 14,362,247.11 | | 14,362,247 | 100% | | | |
| Parcel A1 - Villas | 1002 | 7,129,194.05 | | | 7,129,194 | | | | 7,129,194 | 7,129,194 | | 7,129,194.05 | | 7,129,194 | 100% | | | |
| Parcel B - Sold (future residences site) | 1003 | | | | | | | | | | | | | | 0% | | | |
| Parcel C - Estate Homes | 1004 | 12,834,032.99 | | | 12,834,033 | | | | 12,834,033 | 12,834,033 | | 12,834,032.99 | | 12,834,033 | 100% | | | |
| Parcel D - Future Villas | 1005 | 5,652,909.33 | | | 5,652,909 | | | | 5,652,909 | 5,652,909 | | 5,652,909.33 | | 5,652,909 | 100% | | | |
| Parcel E1 and E2 - Slbco | 1006 | 13,234,632.86 | | | 13,234,633 | | | | 13,234,633 | 13,234,633 | | 13,234,632.86 | | 13,234,633 | 100% | | | |
| Parcel E1 and E2 - Deferred Payment #1 | 1007 | 3,167,706.41 | | | 3,167,706 | | | | 3,167,706 | 3,167,706 | | 3,167,706.41 | | 3,167,706 | 100% | | | |
| Parcel E1 and E2 - Deferred Payment #2 | 1008 | 5,192,961.33 | | | 5,192,961 | | | | 5,192,961 | 5,192,961 | | 5,192,961.33 | | 5,192,961 | 100% | | | |
| Master Site | 1009 | 10,920,055.82 | | | 10,920,056 | | | | 10,920,056 | 10,920,056 | | 10,920,055.82 | | 10,920,056 | 100% | | | |
| **Total Acquisition Costs** | | **72,493,740.11** | **-** | **-** | **74,518,995** | **-** | **-** | **74,518,995** | **72,493,740** | **72,493,740** | **-** | **72,493,740.11** | **-** | **72,493,740** | **97%** | **-** | **-** | **-** |
| **Hard Costs** | | | | | | | | | | | | | | | | | | |
| **Hotel** | | | | | | | | | | | | | | | | | | |
| Hotel Hard Costs - GMP - F Roberts | 2001 | 99,726,922.32 | | | 99,726,922 | 4,116,935.76 | | 4,116,935.76 | 103,508,086 | 44,166,388 | 39,496,461.97 | 83,662,849.60 | | 83,662,849.60 | 81% | 3,365,109.28 | 16,480,127.20 | 19,845,236.58 |
| Hotel Hard Costs - GMP - PWI | 2002 | 1,701,579.71 | | | 1,701,579 | | | | 1,701,579 | 1,701,579 | | 1,701,579 | | 1,701,579 | 100% | | | |
| Hotel Hard Costs - GMP - Layton | 2003 | 101,869,716.00 | | | 101,869,716 | | | | 101,869,716 | 101,869,716 | | 101,869,716.00 | | 101,869,716 | 100% | | | |
| Hotel Hard Costs - Gilbane Bid per MRC 2024 | 2011 | | | | | 190,000.00 | | 190,000.00 | 190,000 | | | 190,000.00 | | 190,000 | 100% | | | |
| Site work (Paving) | 2004 | 20,249,999.75 | | | 20,250,000 | (32,023.22) | | (32,023.22) | 20,217,977 | 20,004,794 | 213,182.53 | 20,217,976.53 | | 20,217,977 | 100% | | (0.00) | (0.00) |
| Perimeter Road Project | 2005 | 4,200,000.00 | | | 4,200,000 | | | | 4,200,000 | 4,200,000 | | 4,200,000.00 | | 4,200,000 | 100% | | | |
| Landscaping | 2006 | 3,800,000.00 | | | 3,800,000 | | | | 3,800,000 | 1,286,429 | 1,976,379.57 | 3,262,808.48 | | 3,262,808 | 86% | | 537,191.52 | 537,191.52 |
| Pending Change Orders Exposure | 2007 | 7,284,377.01 | | | 7,284,377 | (6,768,742.90) | | (6,768,742.90) | 515,634 | | | | | | 0% | | 515,634.11 | 515,634.11 |
| F Roberts Scope Covered by VKW | 2008 | (1,996,888.00) | | | (1,996,888) | 1,996,888.00 | | 1,996,888.00 | | | | | | | 0% | | | |
| Direct Materials & Install Purchases (Lightstyle, Trane, WW et al) | 2009 | 8,029,592.00 | | | 8,029,592 | 662,559.93 | | 662,559.93 | 8,692,152 | 7,306,514 | 1,385,637.99 | 8,692,151.93 | | 8,692,152 | 100% | | | |
| **OWNER SHORTFALL** | | | | | | | | | | | | | | | | | | |
| Contingency | 2010 | 1,859,658.70 | | | 1,859,659 | (1,859,658.70) | | (1,859,658.70) | | | | | | | 0% | | (2,277,894.98) | (2,277,894.98) |
| *Subtotal Hotel* | | *248,724,956.49* | *-* | *-* | *246,724,956* | *(3,871,936.27)* | *-* | *(3,871,936.27)* | *242,477,248* | *180,535,419* | *43,061,661.66* | *223,797,001.16* | *-* | *223,797,001.16* | *92%* | *3,365,109.28* | *15,255,057.85* | *18,620,167.23* |
| **Casitas** | | | | | | | | | | | | | | | | | | |
| Hotel Hard Costs - GMP - VKW (Casitas) | 3001 | 15,136,964.51 | | | 15,136,965 | 9,709,146.07 | | 9,709,146.07 | 24,846,110.58 | 5,230,881 | 15,958,109.61 | 21,188,990.81 | | 21,188,990.81 | 85% | 1,029,329.39 | 2,627,790.38 | 3,657,119.72 |
| Pending Change Orders VKW | 3002 | | | | | | | | | | | | | | 0% | | | |
| **OWNER SHORTFALL** | | | | | | | | (3,450,590.22) | | | | | | | | | (3,450,590.22) | |
| *Subtotal Casitas* | | *15,136,964.51* | *-* | *-* | *15,136,965* | *(3,450,590.22)* | *-* | *(3,450,590.22)* | *21,395,520* | *5,230,881* | *15,958,109.61* | *21,188,990.81* | *-* | *21,188,990.81* | *99%* | *1,029,329.39* | *(822,799.84)* | *206,529.50* |
| **Villas** | | | | | | | | | | | | | | | | | | |
| Villas Hard Costs - GMP - Armstrong Residential | 4014 | | | | | 49,769,915.42 | 780,662.02 | 50,550,277.44 | 50,550,277.44 | | 41,078,632.54 | 41,078,632.54 | 2,354,916.71 | 43,433,549.25 | 86% | 2,544,533.50 | 4,572,194.69 | 7,116,728.19 |
| Villas Hard Costs - GMP - F Roberts | 4001 | 82,653,464.62 | | | 82,653,465 | 24,990,661.62 | | 24,990,662 | 107,644,126 | 42,321,667 | 61,174,508.01 | 103,496,174.70 | | 103,496,174.70 | 96% | 3,508,029.76 | 639,921.98 | 4,147,951.74 |
| Villas Hard Costs - GMP - PWI | 4002 | 8,017,230.55 | | | 8,017,231 | | | | 8,017,231 | 8,017,231 | | 8,017,230.55 | | 8,017,230 | 100% | | | |
| Villas Hard Costs - GMP - Layton | 4003 | 84,566,358.00 | | | 84,566,358 | | | | 84,566,358 | 84,566,358 | | 84,566,358.00 | | 84,566,358 | 100% | | | |
| Villas Hard Costs - GMP - VKW (Villas) | 4013 | | | | | | | | | | | | | | 0% | | | |
| Villas Hard Costs-Reallocate from FRC to FSD | 4015 | | | | | 1,261,072.17 | | 1,261,072.17 | 1,261,072 | | 1,154,406.17 | 1,154,406.17 | | 1,154,406.17 | 92% | | 106,666.00 | 106,666.00 |
| Site work (Paving) | 4004 | 12,900,000.15 | | | 12,900,000 | (66,960.62) | | (66,960.62) | 12,833,040 | 12,818,265 | 14,774.63 | 12,833,039.63 | | 12,833,039.63 | 100% | | | |
| Perimeter Road Project | 4005 | 1,500,000.00 | | | 1,500,000 | | | | 1,500,000 | 1,500,000 | | 1,500,000.00 | | 1,500,000 | 100% | | | |
| Landscaping project (hotel, villas and roadways) | 4006 | 2,600,000.00 | | | 2,600,000 | 20,356.18 | | 20,356.18 | 2,620,356 | 2,269,988 | 350,368.45 | 2,620,356.18 | | 2,620,356.18 | 100% | | | |
| Pending Known Deductive Change Orders | 4007 | | | | | | | | | | | | | | 0% | | | |
| Pending Change Orders Exposure | 4008 | 4,136,294.00 | | | 4,136,294 | (4,132,089.77) | | (4,132,089.77) | 4,204 | 9,461,198 | 75,997.416.49 | 15,258,614.54 | | 15,258,614.54 | 100% | | 4,204.23 | 4,204.23 |
| Direct Materials & Install Purchases (Lightstyle, Trane, WW et al) | 4009 | 11,605,270.70 | | | 11,605,271 | 3,653,343.84 | 963,102.15 | 4,616,445.99 | 16,221,717 | 5,739,416.48 | 15,258,614.54 | 16,221,716.69 | 963,102.15 | 16,221,716.69 | 100% | | | |
| Options Selections Agreements - To Complete | 4010 | | | | | | | | | | | | | | 0% | | | |
| **OWNER SHORTFALL** | | | | | | (69,798,354.17) | (1,743,564.17) | (71,541,918.34) | | | | | | | | | (71,541,918.54) | (71,541,918.54) |
| Contingency | 4011 | 1,167,593.04 | | | 1,167,593 | (1,167,593.04) | | (1,167,593) | | | | | | | 0% | | 0.00 | 0.00 |
| *Subtotal Villas* | | *209,146,211.36* | *-* | *-* | *209,146,211* | *4,530,201.43* | *-* | *4,530,201.43* | *213,678,463* | *160,954,706* | *109,570,106.29* | *270,524,812.31* | *3,318,018.86* | *273,542,831.17* | *128%* | *6,052,563.26* | *(66,219,931.64)* | *(60,166,368.38)* |
| MRC Additional Hard Cost Contingency | 4012 | 4,622,572.04 | | | 4,622,572 | (4,622,572.04) | | (4,622,572.04) | 0 | | | | | | 0% | | 0.00 | 0.00 |
| **TOTAL HARD COSTS** | | **475,630,704.41** | **-** | **-** | **475,630,704.41** | **2,194,299.03** | **(1,743,564.17)** | **2,194,299.03** | **477,489,231** | **346,721,007** | **168,589,877.55** | **515,510,804.27** | **3,318,018.86** | **518,828,803.13** | **100%** | **10,447,001.93** | **(51,786,673.63)** | **(41,339,671.65)** |
| **Soft Costs** | | | | | | | | | | | | | | | | | | |
| **Hotel** | | | | | | | | | | | | | | | | | | |
| FF&E & Millwork | 2020 | 17,188,799.67 | | | 17,188,750 | | | | 17,188,750 | 2,074,222 | 8,798,242.04 | 10,872,464 | | 10,872,464 | 63% | 6,316,285.73 | 6,316,285.73 | |
| Graphics/Signage | 2021 | 750,000.00 | | | 750,000 | | | | 750,000 | 296,814.56 | 296,814.56 | 296,815 | | 296,815 | 40% | 453,185.44 | 453,185.44 | |
| Systems | 2022 | 2,200,000.00 | | | 2,200,000 | | | | 2,200,000 | 26,128.00 | 26,128 | 26,128 | | 26,128 | 1% | 2,173,872.00 | 2,173,872.00 | |
| OS&E | 2023 | 2,700,000.00 | | | 2,700,000 | | | | 2,700,000 | 166,842.76 | 166,843 | 166,843 | | 166,843 | 6% | 2,533,157.24 | 2,533,157.24 | |
| Pre-Opening | 2024 | 5,750,000.00 | | | 5,750,000 | (288,303.19) | | (288,303.19) | 5,461,697 | 577,582 | 4,476,188.64 | 5,053,771 | | 5,053,771 | 93% | 407,926.30 | 407,926.30 | |
| Permits & city/town Fees (including Property Tax) | 2025 | 3,450,503.22 | | | 3,450,503 | 953,915.15 | | 953,915.15 | 4,404,418 | 2,376,585 | 2,027,833.29 | 4,404,418 | | 4,404,418 | 100% | | | |
| Developer Fee (deferred) | 2026 | 5,000,000.00 | | | 5,000,000 | | | | 5,000,000 | 5,000,000 | | 5,000,000 | | 5,000,000 | 100% | | | |
| Off-Site Construction & Impact Fees | 2027 | 3,017,400.00 | | | 3,017,400 | | | | 3,017,400 | 3,017,400 | | 3,017,400 | | 3,017,400 | 100% | | | |
| General & Admin and Marketing Cost | 2028 | 8,467,000.00 | | | 8,467,000 | 1,435,274.63 | | 1,435,274.63 | 8,648,560 | 7,866,385 | 162,048.84 | 8,028,434 | | 8,028,434 | 93% | 438,566.28 | 438,566.28 | |
| Insurance/Bonding | 2029 | 4,225,685.02 | | | 4,225,685 | | | | 5,660,960 | 3,689,153 | 1,961,806.39 | 5,650,960 | | 5,650,960 | 100% | 10,000.00 | 10,000.00 | |
| Sales and Marketing | 2030 | 2,800,000.00 | | | 2,800,000 | | | | 2,800,000 | 2,800,000 | | 2,800,000 | | 2,800,000 | 100% | | | |
| Architect & Engineer | 2031 | 6,691,225.00 | | | 6,691,225 | 1,153,991.49 | | 1,153,991.49 | 7,845,216 | 5,975,811 | 1,869,405.48 | 7,845,216 | | 7,845,216 | 100% | | | |
| Bonding/Settlements (Historical) | 2032 | | | | | | | | 63,663 | | 101,163.00 | 101,163 | | 101,163 | 100% | | | |
| Hotel Restaurant TI | 2033 | 37,500.00 | | | 37,500 | 63,663.00 | | 63,663.00 | 101,163 | | 101,163.00 | 101,163 | | 101,163 | 100% | | | |
| Hotel Carry/Operating Deficit | 2034 | | | | | | | | | | | | | | 0% | | | |
| **OWNER SHORTFALL** | | | | | | (1,976,062.83) | | (1,976,062.83) | | | | | | | | | (1,976,062.83) | (1,976,062.83) |
| Contingency | 2040 | 739,193.49 | | | 739,193 | (718,776.09) | | (718,776.09) | 20,417 | | 20,417.42 | 20,417 | | 20,417 | 100% | | | |
| *Subtotal Hotel* | | *63,977,206.40* | *-* | *-* | *63,977,206* | *623,702.97* | *-* | *623,702.97* | *63,640,959* | *33,377,138* | *19,906,990.42* | *53,284,028.42* | *-* | *53,284,028.42* | *84%* | *-* | *10,356,930.96* | *10,356,930.96* |

Exh. 3-002

| Budget Line Items / Line Items | Code | Original Budget / Closing | Upsize DEBT | Additional Equity INJECTED | REVISED BUDGET | Previous Budget Reallocation | Current Budget Reallocation | Total to date Budget Reallocation | Prior to loan Budget / Total | Current Total | Prior Request WIP 3.1.2023 | Prior to Current Draw WIP 8/31/2025 | Current Requested WIP 9/30/2025 | Total WIP | % Completed | Retainage | Unused Net of Retainage | Gross Unused Includes Retainage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Villas** | | | | | | | | | | | | | | | | | | |
| FF&E & Millwork | 4020 | 1,137,422.17 | - | - | 1,137,422 | 126,793.32 | - | - | 1,137,422 | 1,027,450 | 78,995.44 | 185,866.46 | - | 1,106,446 | 97% | - | 30,976.34 | 30,976.34 |
| Graphics/Signage | 4022 | 236,293.51 | - | - | 236,293 | 126,793.32 | - | - | 363,086 | 177,219 | 185,866.46 | 363,086 | - | 363,086 | 100% | - | 0.00 | 0.00 |
| Systems | 4023 | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% | - | - | - |
| OS&E | 4023 | 475,000.00 | - | - | 475,000 | 128,645.14 | - | - | 128,645.14 | 603,645 | 603,645.14 | 603,645 | - | 603,645 | 100% | - | - | - |
| Pre-Opening | 4024 | 662,617.00 | - | - | 662,617 | 2,003,514.47 | - | - | 2,003,514.47 | 2,666,131 | 330,387 | 2,335,943.98 | - | 2,666,131 | 100% | - | - | - |
| Permits & city/town Fees (including Property Tax) | 4025 | 1,872,697.98 | - | - | 1,872,897 | 622,447.09 | 2,750.00 | - | 625,197.09 | 2,498,094 | 1,565,744 | 929,599.67 | 2,495,344 | 2,750.00 | 2,498,094 | 100% | - | - |
| Developer Fee (deferred) | 4026 | 2,500,000.00 | - | - | 2,500,000 | - | - | - | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | - | 2,500,000 | 100% | - | - | - |
| Off-Site Construction & Impact Fees | 4027 | 2,004,800.00 | - | - | 2,004,800 | - | - | - | 2,004,800 | 2,004,800 | 2,004,800 | 2,004,800 | - | 2,004,800 | 100% | - | - | - |
| General & Admin and Marketing Cost | 4028 | 6,718,000.00 | - | - | 6,718,000 | - | - | - | 6,718,000 | 6,438,043 | 103,113.85 | 6,541,157 | - | 6,541,157 | 97% | - | 176,842.96 | 176,842.96 |
| Insurance | 4029 | 2,485,514.30 | - | - | 2,485,514 | 3,143,896.49 | - | - | 3,143,896.49 | 5,629,411 | 2,327,414 | 3,301,996.56 | 5,629,411 | - | 5,629,411 | 100% | - | (0.00) | (0.00) |
| Sales and Marketing | 4030 | 1,200,000.00 | - | - | 1,200,000 | - | - | - | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 | - | 1,200,000 | 100% | - | - | - |
| Architect & Engineer | 4031 | 3,120,000.00 | - | - | 3,120,000 | 712,548.63 | 19,800.00 | - | 732,348.63 | 3,852,349 | 2,817,241 | 1,015,307.38 | 3,832,549 | 19,800.00 | 3,852,349 | 100% | - | - | - |
| Bonding/Settlements (Historical) | 4032 | 37,500.00 | - | - | 37,500 | 277,518.00 | - | - | 277,518.00 | 315,018 | - | 315,018.14 | 315,018 | - | 315,018 | 100% | - | - | - |
| Owner's Equity | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Misc Costs | 4040 | - | - | - | - | - | - | - | 10,056 | - | 10,056.34 | 10,056 | - | 10,056 | 100% | - | - | - |
| OWNER SHORTFALL | | - | - | - | - | (5,338,187.31) | (22,550.00) | (5,360,737.31) | (5,360,737.31) | - | - | - | - | - | 0% | - | (5,360,737.31) | (5,360,737.31) |
| Contingency | 4050 | 55,973.19 | - | - | 55,973 | (55,973.19) | - | - | (55,973.19) | - | - | - | - | - | 0% | - | 0.00 | 0.00 |
| *Subtotal Villas* | | 22,586,216.39 | - | - | 22,586,216 | 1,631,289.00 | - | - | 1,631,289.00 | 24,137,479 | 20,388,301 | 8,879,562.62 | 29,267,843.38 | 22,550 | 29,290,393.38 | 12% | - | (6,152,917.91) | (6,152,917.91) |
| **Others** | | | | | | | | | | | | | | | | | | |
| Additional Insurance | 6001 | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% | - | - | - |
| GC lien bonding | 6002 | - | - | - | - | - | - | - | - | - | - | - | - | - | 0% | - | - | - |
| Construction Monitoring - MRC | 6003 | 240,000.00 | - | - | 240,000 | (120,000.00) | - | (120,000.00) | 120,000 | - | 115,000.00 | 115,000 | - | 115,000 | 96% | - | 5,000.00 | (10,590.00) |
| Sterling Monitoring | 6006 | - | - | - | - | 120,000.00 | - | 120,000.00 | 120,000 | - | 130,500 | 130,500 | - | 130,500 | 100% | - | (10,500.00) | (10,590.00) |
| Additional Construction Monitoring/John Clays | 6004 | 250,000.00 | - | - | 250,000 | - | - | - | 250,000 | - | 335,681.00 | 335,681 | - | 335,681 | 134% | - | (85,681.00) | (85,681.00) |
| MRC Additional Soft Cost Contingency | | 1,344,082.50 | - | - | - | (1,301,999.16) | - | (1,301,999.16) | 42,083 | - | - | - | - | - | 0% | - | 42,083.36 | 42,083.36 |
| Title Fees | 6007 | - | - | - | - | 55,600.00 | - | 55,600.00 | 55,600 | - | (117,999.00) | (117,399) | 117,399 | 117,399 | 211% | - | (61,799.00) | (61,799.00) |
| *Subtotal* | | 1,834,082.50 | - | - | 490,000 | (1,246,399.16) | - | (1,246,399.16) | 587,683 | - | 698,571.00 | 698,571.00 | - | 698,571.00 | 119% | - | (110,897.64) | (110,897.64) |
| **TOTAL SOFT COSTS** | | 87,397,555.29 | - | - | 86,013,472 | 1,008,562.91 | (22,550.00) | 1,008,562.91 | 86,366,118 | 63,765,439 | 29,455,004.24 | 83,250,442.50 | 22,550 | 83,272,992.50 | 94% | - | 5,093,125.40 | 5,093,125.40 |

| Financing Costs | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Interim Financing Costs** | | | | | | | | | | | | | | | | | | |
| JLL Consulting Fees | 5001 | 2,267,500.00 | - | - | 2,267,500 | - | - | - | 2,267,500 | 2,167,500 | - | 2,167,500 | - | 2,167,500 | 96% | - | - | - |
| Lender Origination Fees | 5002 | 3,020,000.00 | - | - | 3,020,000 | - | - | - | 3,020,000 | 3,020,000 | - | 3,020,000 | - | 3,020,000 | 100% | - | - | - |
| Interim JLL Consulting Fee | 5003 | 223,685.63 | - | - | 223,686 | - | - | - | 223,686 | 213,686 | - | 213,686 | - | 213,686 | 96% | - | - | - |
| Interim STWD Fee | 5004 | 142,457.09 | - | - | 142,457 | - | - | - | 142,457 | 142,457 | - | 142,457 | - | 142,457 | 100% | - | - | - |
| Financing and Carry Costs | 5005 | 10,166,053.77 | - | - | 10,166,053 | - | - | - | 10,166,053 | 10,166,053 | - | 10,166,053 | - | 10,166,053 | 100% | - | - | - |
| Continued financing costs | 5006 | 18,343,908.39 | - | - | 18,343,908 | - | - | - | 18,343,908 | 18,343,908 | - | 18,343,908 | - | 18,343,908 | 100% | - | - | - |
| Interest Allocation - Senior (Current Pay) | 5007 | 27,484,000.00 | - | - | 27,484,000 | - | - | - | 27,484,000 | 27,484,000 | - | 27,484,000 | - | 27,484,000 | 100% | - | - | - |
| Interest Allocation - Mezz (Current Pay) | 5008 | 23,867,981.5 | - | - | 23,867,981 | - | - | - | 23,867,981 | 23,867,981 | - | 23,867,981 | - | 23,867,981 | 100% | - | - | - |
| Legal / Title / Misc | 5009 | 2,259,551.54 | - | - | 2,259,551 | - | - | - | 2,259,551 | 2,259,551 | - | 2,259,551 | - | 2,259,551 | 100% | - | - | - |
| Starwood Accrual Repayment | 5010 | 5,632,019.22 | - | - | 5,632,019 | - | - | - | 5,632,019 | 5,632,019 | - | 5,632,019 | - | 5,632,019 | 100% | - | - | - |
| Payoff - Accrued Interest & Fees | | 22,644,851 | - | - | 22,644,851 | - | - | - | 22,644,851 | 22,644,851 | - | 22,644,851 | - | 22,644,851 | 100% | - | - | - |
| *Subtotal Interim Financing Costs* | | 116,002,005.21 | - | - | 116,002,005 | - | - | - | 116,002,005 | 115,942,005 | - | 115,942,005.21 | - | 115,942,005 | 100% | - | - | - |
| **MRC Transaction Costs** | | | | | | | | | | | | | | | | | | |
| Origination Fee | 7001 | 5,850,000.00 | - | - | 5,850,000 | - | - | - | 5,850,000 | 5,850,000 | - | 5,850,000 | - | 5,850,000 | 100% | - | - | - |
| Lender Legal (K&F) | 7002 | 650,000.00 | - | - | 650,000 | - | - | - | 650,000 | 650,000 | - | 650,000 | - | 650,000 | 100% | - | - | - |
| Borrower Legal | 7003 | 750,000.00 | - | - | 750,000 | - | - | - | 750,000 | 750,000 | - | 750,000 | - | 750,000 | 100% | - | - | - |
| Broker Fee (JLL) | 7004 | 2,210,000.00 | - | - | 2,210,000 | - | - | - | 2,210,000 | 2,110,000 | - | 2,110,000 | - | 2,110,000 | 95% | - | 100,000.00 | 100,000.00 |
| Title & Tax & Insurance | 7005 | 2,997,406.59 | - | - | 2,997,406 | - | - | - | 2,997,406 | 2,997,406 | - | 2,997,406 | - | 2,997,406 | 100% | - | - | - |
| Third Party Costs | 7006 | 303,904.38 | - | - | 303,904 | - | - | - | 303,904 | 303,904 | - | 303,904 | - | 303,904 | 100% | - | - | - |
| Short Interest | 7007 | 2,781,222.16 | - | - | 2,781,222 | - | - | - | 2,781,221 | 2,781,221 | - | 2,781,221 | - | 2,781,221 | 100% | - | 1.00 | 1.00 |
| Closing Costs | 7008 | 473,861 | - | - | 473,861 | - | - | - | 473,861 | 473,861 | - | 473,861 | - | 473,861 | 100% | - | - | - |
| Servicing Fee Year 2 | 7008 | 286,650.00 | - | - | 286,650 | - | - | - | 286,650 | - | 307,125.00 | 307,125 | - | 307,125 | 107% | - | (20,475.00) | (20,475.00) |
| Interest Reserve | 7009 | 51,182,000.00 | - | - | 51,182,000 | - | - | - | 51,182,000 | 51,182,059.69 | 307,125 | 51,182,051 | - | 51,182,051 | 100% | - | 79,526.00 | 79,526.00 |
| *Subtotal MRC Financing Costs* | | 67,485,084.71 | - | - | 67,485,085 | - | - | - | 67,485,085 | 15,916,393 | 51,495,170.69 | 67,405,558.75 | - | 67,405,558.75 | 100% | - | 79,526.00 | 79,526.00 |

| **TOTAL Financing Costs** | | 183,537,109.04 | - | - | 183,637,100 | - | - | - | 183,537,100 | 131,858,398 | 51,495,170.69 | 183,347,574.06 | - | 183,347,574.06 | 100% | - | 79,526.00 | 79,526.00 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Development Budget** | | 819,019,099.87 | - | - | 819,700,272 | 3,202,861.94 | (1,766,114.17) | 3,202,861.94 | 823,911,449 | 604,838,584 | 249,764,057.68 | 854,602,641.24 | 3,340,568.86 | 857,943,210.10 | 100% | - | 10,447,001.93 | (46,614,022.22) | (36,167,020.24) |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL INDIRECT** | | 343,388,395.46 | - | - | 344,069,568 | 1,008,562.91 | (22,550.00) | 1,008,562 | 346,422,213 | 258,117,877 | 80,974,180 | 339,091,757 | 22,550 | 339,114,307 | 96% | - | 5,172,651.40 | 5,172,651.40 |
| **TOTAL HARD COSTS** | | 475,630,704.41 | - | - | 475,630,704 | 2,194,299.03 | (1,743,564.17) | 2,194,299 | 477,489,231 | 346,721,607 | 168,789,878 | 515,510,884 | 3,318,019 | 518,828,903 | 109% | - | 16,447,001.93 | (51,786,673.63) | (41,339,671.68) |
| **TOTAL** | | 819,019,099.87 | - | - | 819,700,272 | 3,202,862 | (1,766,114) | 3,202,862 | 823,911,449 | 604,838,584 | 249,764,057.68 | 854,602,641 | 3,340,568.86 | 857,943,210.10 | 104% | - | 10,447,001.93 | (46,614,022.22) | (36,167,020.24) |

| | Prior Funded Amount | Current Funding Amount |
|---|---|---|
| DEBT | 71% | 585,000,000.00 | 854,602,641.24 | 3,340,568.86 | 79% | 857,943,210 |
| EQUITY | 20% | 234,019,099.87 | 234,019,100 | 20% | 234,019,100 |
| UNIT UPGRADES | | | | | | |
| TOTAL | | 819,019,099.87 | 854,602,641.24 | 3,340,568.86 | 1,091,962,310 | |

| **Owner Over-all Shortfall:** | | | | | | | | | | (84,607,202.98) | | | | | | (84,607,202.98) |

| | Holdback | Funded WIP in Current Request | Remaining | | | Total ASK | Wire to TITLE | Wire to BORROWER | Fees held by Lender | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Soft Cost Holdbacks to fund | 30,662,572 | (25,569,446) | 5,093,125 | Hotel | - | - | | | | |
| Hard Cost Holdbacks to fund | 109,647,474 | (150,987,146) | (41,339,672) | Villas | 3,318,018.86 | 3,340,568.86 | | | | 3,340,568.86 |
| Servicing cost Holdback to fund | 286,650 | (307,125) | (20,475) | Casitas | - | | | | | |
| Interest Reserve to fund | 51,182,051 | (51,182,051) | 0 | Soft Costs | 22,550.00 | - | | | | - |
| | 191,778,746.79 | (228,045,768.03) | (36,267,021) | Interest & Servicing Fees | - | - | | | | - |
| | | | | | Total | 3,340,568.86 | 3,340,568.86 | - | - | 3,340,568.86 |

| | | FSD Soft Cost Billed | Paid by MRC | Remaining Due to FSD |
|---|---|---|---|---|
| | | | | |
| Outstanding FSD Billed Costs - Jun 2024 draw 14 | | 1,856,243.57 | (510,178.94) | 1,346,065.13 |
| Outstanding FSD Billed Costs - Jul-Oct 2024 draw 15 | | 1,279,221.41 | (346,490.94) | 932,734.47 |
| Outstanding FSD Billed Costs - Nov 2024 draw 16 | | 835,465.99 | (89,202.27) | 746,263.72 |
| Outstanding FSD Billed Costs - Dec 2024 draw 17 | | 469,052.11 | (366,740.01) | 102,312.10 |
| Outstanding FSD Billed Costs - Jan 2025 draw 18 | | 2,457,489.33 | (2,223,042.42) | 234,250.91 |
| Outstanding FSD Billed Costs - Feb 2025 draw 19 | | 1,343,050.70 | (942,731.93) | 400,324.77 |
| Outstanding FSD Billed Costs - Mar 2025 draw 20 | | 1,622,028.85 | - | 1,622,028.85 |
| | | 9,862,567.96 | (4,478,582.01) | 5,383,965.90 |

$ 4,950,060.79

(4,936,400)

13,631

*funded 3/11/25*
*OCIP Ins paid 3/11/25*
*Draw funded 4/8/25*
*Draw funded 6/5/25*

Exh. 3-003

## **<u>Exhibit D</u>**

Minimum Price Requirements

| Count | Unit # | Status | PP | Est. NSP | MRP | MRP Shortfall | Est. Closing Date |
|---|---|---|---|---|---|---|---|
| 1 | 3023 | In Contract | $ 5,995,000.00 | $ 5,280,239.31 | $ 5,395,500.00 | $ (115,260.69) | 11/4/2025 |
| 2 | 1008 | In Contract | $ 2,195,000.00 | $ 1,961,604.29 | $ 1,975,500.00 | $ (14,075.71) | 10/22/2025 |
| 3 | 3022 | In Contract | $ 5,195,000.00 | $ 4,642,186.41 | $ 4,675,500.00 | $ (33,313.59) | 11/6/2025 |
| 4 | 2021 | In Contract | $ 2,475,000.00 | $ 2,211,628.75 | $ 2,227,500.00 | $ (15,871.25) | 11/6/2025 |
| 5 | 1004 | In Contract | $ 4,195,000.00 | $ 3,748,599.04 | $ 3,775,500.00 | $ (26,900.96) | 11/6/2025 |
| 6 | 1032 | In Contract | $ 3,795,000.00 | $ 3,391,164.09 | $ 3,415,500.00 | $ (24,335.91) | 11/7/2025 |
| 7 | 2004 | In Contract | $ 4,395,000.00 | $ 3,927,316.51 | $ 3,955,500.00 | $ (28,183.49) | 11/7/2025 |
| 8 | 2012 | In Contract | $ 2,985,000.00 | $ 2,667,358.31 | $ 2,686,500.00 | $ (19,141.69) | 11/10/2025 |
| 9 | 2018 | In Contract | $ 2,095,000.00 | $ 1,872,065.55 | $ 1,885,500.00 | $ (13,434.45) | 11/10/2025 |
| 10 | 2053 | In Contract | $ 5,395,000.00 | $ 4,820,903.88 | $ 4,855,500.00 | $ (34,596.12) | 11/10/2025 |
| 11 | 3013 | In Contract | $ 2,395,000.00 | $ 2,140,141.76 | $ 2,155,500.00 | $ (15,358.24) | 11/10/2025 |
| 12 | 3032 | In Contract | $ 6,295,000.00 | $ 5,625,132.52 | $ 5,125,500.00 | $ - | 11/10/2025 |
| 13 | 2008 | In Contract | $ 2,995,000.00 | $ 2,676,294.19 | $ 2,695,500.00 | $ (19,205.81) | 11/10/2025 |
| 14 | 2003 | In Contract | $ 2,285,000.00 | $ 2,041,847.15 | $ 2,056,500.00 | $ (14,652.85) | 11/11/2025 |
| 15 | 2005 | In Contract | $ 2,595,000.00 | $ 2,318,859.24 | $ 2,335,500.00 | $ (16,640.76) | 11/12/2025 |
| 16 | 1006 | In Contract | $ 2,235,000.00 | $ 1,997,167.78 | $ 2,011,500.00 | $ (14,332.22) | 11/13/2025 |
| 17 | 2052 | In Contract | $ 5,995,000.00 | $ 5,357,056.31 | $ 5,395,500.00 | $ (38,443.69) | 11/14/2025 |
| 18 | 1002 | In Contract | $ 4,295,000.00 | $ 3,837,957.77 | $ 3,865,500.00 | $ (27,542.23) | 11/15/2025 |
| 19 | 3007 | In Contract | $ 2,995,000.00 | $ 2,676,294.19 | $ 2,695,500.00 | $ (19,205.81) | 11/17/2025 |
| 20 | 2002 | In Contract | $ 3,440,000.00 | $ 3,073,940.57 | $ 3,096,000.00 | $ (22,059.43) | 11/19/2025 |
| 21 | 2013 | In Contract | $ 2,395,000.00 | $ 2,140,141.76 | $ 2,155,500.00 | $ (15,358.24) | 11/20/2025 |
| 22 | 2014 | In Contract | $ 5,295,000.00 | $ 4,731,545.15 | $ 4,765,500.00 | $ (33,954.85) | 11/20/2025 |
| 23 | 3014 | In Contract | $ 5,295,000.00 | $ 4,731,545.15 | $ 4,765,500.00 | $ (33,954.85) | 12/17/2025 | $ (595,822.85) |
| 24 | 1014 | In Contract | $ 4,895,000.00 | $ 4,374,110.20 | $ 4,405,500.00 | $ (31,389.80) | 12/17/2025 |
| 25 | 1023 | In Contract | $ 4,595,000.00 | $ 4,106,033.99 | $ 4,135,500.00 | $ (29,466.01) | 1/21/2026 |
| 26 | 1052 | In Contract | $ 5,695,000.00 | $ 5,088,980.10 | $ 5,125,500.00 | $ (36,519.90) | 2/19/2026 |
| 27 | 3017 | In Contract | $ 5,295,000.00 | $ 4,731,545.15 | $ 4,765,500.00 | $ (33,954.85) | 3/5/2026 |
| 28 | 3011 | In Contract | $ 1,795,000.00 | $ 1,603,989.34 | $ 1,615,500.00 | $ (11,510.66) | 11/30/2025 |
| 29 | 2010 | In Contract | $ 1,395,000.00 | $ 1,246,554.39 | $ 1,255,500.00 | $ (8,945.61) | TBD |
| | | Total | $ 110,900,000.00 | $ 99,022,022.82 | $ 99,270,000.00 | $ (747,609.70) | |

Avg. Historical Closing Costs      10.641%

| | | |
|---|---|---|
| **Total MRP Shortfall** | **$ (747,609.70)** | Total MRP Shortfall assumes the "Available" units sell at the PP listed in the Schedule Provided. |
| **Rojas Royal Escrow** | **$ 603,000.00** | |
| **Remaining MRP Shortfall** | **$ (144,609.70)** | Remaining MRP Shortfall to be added to Lender DIP Loan |

**Exhibit 2**

Redline Between the Revised Proposed DIP Term Sheet and the Alternative Financing
Proposal

#101313295v1

**TERM SHEET**
**F-Star Socorro, L.P. and each of its affiliates that are debtors and debtors-in-possession**

This term sheet (this "Term Sheet") summarizes the principal terms of a financing (the "DIP Loan") between the Borrowers and ~~Sandton Capital Partners LP and its Assigns ("Sandton" or~~ RC PV Lender 1 LLC and its assigns ("Lender"). Subject to approval by the Bankruptcy Court (as defined below) and entry of the Interim DIP Order (as defined below) and the Final DIP Order (as defined below), each in form and substance acceptable to Lender, this Term Sheet is a commitment to lend and is binding upon ~~Sandton. By receipt of these terms and conditions, prior to the Borrowers' commencement of a case under chapter 11 of the Bankruptcy Code (as defined in the Interim DIP Order), the recipient acknowledges that these materials are confidential and proprietary to Sandton and, in consideration for Lender providing these materials to the recipient, the recipient undertakes not to disclose or provide these materials to third parties (except as set forth below under the heading "Confidentiality") without the consent of Sandton.~~ Lender.

| | |
|---|---|
| **Lender:** | ~~Sandton Capital Solutions Fund VI, LP~~ RC PV Lender 1 LLC and/or one or more of its ~~affiliated funds and accounts~~ affiliates and/or subsidiaries (the "Lender"). |
| **Borrowers:** | F-Star Socorro, L.P. and each of its affiliates that are debtors and debtors-in-possession (collectively, the "Borrowers"). |
| **DIP Loan Amount:** | Lender will provide a loan (the "DIP Loan") to Borrowers ~~after Borrowers commence cases under chapter 11 of the Bankruptcy Code~~ not in excess of $~~47 million~~ 19,152,978.28 (the "Total Principal Amount") as set forth in Funded Amount below.<br><br>Subject to the entry of an interim (the "Interim DIP Order") and a final order (the "Final DIP Order") approving the DIP Loan by the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). |
| **Use of Proceeds:** | The DIP Loan will be available to Borrowers to fund operating expenses, ~~funding the completion and clearing title for sale~~ (including expenditures necessary to facilitate the closing of the Villas), restructuring costs, professional fees, case administration costs, and other general corporate purposes as set forth in ~~a~~ the budget ~~prepared by the Borrowers~~ attached as Exhibit A (the "DIP Budget"). ~~The DIP Budget will be agreed to by Borrowers and Lender.~~ |
| **Funded Amount:** | ~~The Funded Amount, up to a maximum principal amount of $47 million, shall be funded as provided herein and on the below Funding Dates.~~<br><br>~~• Initial Draw, up to a principal amount of $6 million.~~ |

| | |
|---|---|
| | ~~This amount will~~ Subject to the conditions and terms set forth herein, the full Total Principal Amount shall be immediately available for draw upon Bankruptcy Court approval and entry of the Interim DIP Order in form and substance acceptable to Lender.<br><br>• All ~~Maximum Additional Draws, up to a principal amount of $41 million. The maximum additional draws will be up to a principal amount of $41 million in total,~~ draws shall be in accordance with duly executed and binding documentation to be executed and delivered by the parties (the "Definitive Documents") ~~, upon Bankruptcy Court approval and entry of the Final DIP Order~~ in form and substance acceptable to Lender. |
| **Funding Dates:** | • **Initial Draw, up to a principal amount of $~~6 million~~11,683,821.09**. Available on the entry of the Interim DIP Order approving the DIP Loan on an interim basis (the "Initial Draw"). Up to $3,800,000 of the Initial Draw may be used for general corporate purposes while the balance of $7,883,821.09 shall be used solely in accordance with the draw requests attached as Exhibit B and Exhibit C ("Draw 25" and "Draw 26", respectively).<br><br>• ~~Final DIP Order Availability. Upon Bankruptcy Court approval and entry of the Final DIP Order in form and substance acceptable to the Lender, $17 million of the Total Principal Amount will be immediately available for draw in accordance with the Definitive Documents (the "Villa Draw").~~<br><br>• **Additional Draws, up to a principal amount of an additional $~~24 million~~7,469,157.19**. Available on the entry of the ~~Final~~Interim DIP Order approving the DIP Loan and for the first 9 months of the DIP Loan subject to mutually agreed operating and collateral metrics. Additional draws ~~after the Villa Draw~~ will each be in a minimum principal amount of $~~6 million~~500,000 and subject to a ~~7~~5-day advance notice (the "Additional Draws", which, when taken together with the Initial Draw ~~and Villa Draw~~, constitute the "Funded Amount"), provided that the aggregate principal amount of all Additional Draws may not exceed $~~24 million.~~7,469,157.19. The Additional Draws shall be subject to the following conditions (collectively, the "Advance Conditions"):<br><br>  • Evidence of work completed and in place for the funds being advanced, including without limitation, |

| | |
|---|---|
| | an inspection of the property at the election of Lender |
| | • Borrower's Requisition, together with an application, for payment on AIA Forms G702 and G703 (or such other form or forms and Lender may approve in Lender's sole discretion). |
| | • A notice of continuation or title reflecting no additional liens, claims or encumbrances against the property since the origination of the DIP Loan. |
| | • Unconditional lien waivers for the improvements being advanced. |
| | • The final advance shall have a holdback in the amount no greater than $750,000 until a certificate of occupancy is procured for all units. |
| **Maturity:** | Lender will be entitled to immediate repayment of all outstanding obligations under the DIP Loan on the earliest of (collectively, the "Repayment Date"): <br><br> (a) (a) the effective date of the plan of reorganization; <br><br> (b) (b) closing on a sale of all or substantially all of the Borrowers' assets (unless otherwise agreed to by the parties); provided that, in no event, shall any Residence Sale (as defined below) trigger the Repayment Date; and <br><br> (c) (c) 12 months from the date of origination, subject to extension as set forth below (for a total of up to 15 months from the date of origination). <br><br> Lender will consider converting some or all of the DIP Loan to an exit financing facility in conjunction with an emergence from chapter 11 (subject to terms agreeable to Lender and Lender's internal approvals). |
| **Amortization:** | None. |
| **Prepayment:** | The Borrower may prepay the DIP Loan in full or in part at any time (the date on which any such prepayment occurs, a "Prepayment Date"). There will be a mandatory repayment of the DIP Loan upon the sale of any assets with the net proceeds thereof (unless otherwise agreed to by the parties) other than (i) any Residence Sale and (ii) sales in the ordinary course of business and in accordance with the DIP Budget. |
| **Loan Interest Rates and Fees:** | The DIP Loan interest rates and fees will be as follows: <br><br> (i) (i) Issuance Fee: The Borrowers will pay Lender an issuance fee of 1.5% of the amount of the Initial |

|  |  |  |
|---|---|---|
|  | | ~~Draw, the Villa Draw, and each Additional Draw, which fee will be earned and payable on the date of each draw (the issuance fee will be capitalized and added to the Funded Amount but not counted against draw limits).~~None. |
|  | (ii) | ~~(ii)~~ <u>Cash Interest</u>: None. |
|  | (iii) | ~~(iii)~~ <u>PIK Interest</u>: The Borrowers will pay the Lender PIK interest at ~~15.0~~14.0% <u>per annum</u> on the outstanding Funded Amount, which shall be added to the Funded Amount on a monthly basis but not counted against draw limits for any of the draws contemplated herein. |
|  | (iv) | ~~(iv)~~ <u>Exit Fee</u>: ~~The Borrowers will pay the Lender an exit fee of 2.0% multiplied by the Funded Amount. Such exit fees will be payable on the earlier to occur of any Prepayment Date and Repayment Date. If Lender chooses to roll the DIP Loan into a proposed exit financing, such exit fee will be waived.~~<u>None.</u> |
|  | (v) | ~~(v)~~ <u>Default Interest Rate</u>: During the occurrence and continuance of an Event of Default, the PIK interest rate will increase by ~~3.0~~2.0%~~.~~ |
|  | (vi) | ~~(vi)~~ <u>Renewal</u><u>Extension</u> Fees: If the DIP Loan is not repaid in full on or before the Repayment Date, time being of the essence, the Borrowers will pay to the Lender, in addition to ~~all other fees and~~<u>the</u> other amounts as set forth in this Term Sheet, ~~a renewal~~<u>an extension</u> fee of ~~2.0~~<u>1.0</u>% of the Total Principal Amount as of the Repayment Date, which shall extend the Repayment Date by an additional 3 months (the ~~Renewal~~<u>Extension</u> Fee will be capitalized and added to the Funded Amount at the time of extension, but, if applicable, will not count against draw limits). Borrowers shall be entitled to no more than one (1) 3-month extension period at the Repayment Date (based on mutually agreed operating and restructuring milestones). |
|  | (vii) | ~~(vii)~~ <u>Unused Fee</u>: ~~Effective upon the entry of the Final DIP Order, the Borrowers thereafter will pay the Lender an unused fee at 2.0% per annum on the undrawn outstanding Total Principal Amount, excluding that portion of the Total Principal Amount constituting the Villa Draw, which shall be added to the Funded Amount on a monthly basis and will not count against draw limits for any of the draws contemplated herein.~~<u>None.</u> |
|  | (viii) | ~~(viii)~~ <u>Minimum Multiple of Invested Capital</u>: ~~The Borrowers will pay the Lender a cash fee at exit such that the Lender's multiple of invested capital~~ |

| | |
|---|---|
| | ~~for each advance (the Initial Advance and each Additional Advance individually), exclusive of any fees, shall be no less than 1.15x~~None. |
| ~~**Cash Flow Milestones:**~~**Variance Tests** | ~~Cash flow milestones to be such that~~ Borrowers ~~is~~shall be within 20% of their trailing rolling budget projections (as approved by the Lender). |
| **Collateral Security and Priority:** | The collateral and priority for the DIP Loan (the "<u>Collateral</u>") will include pursuant, to Bankruptcy Code sections 364(c)(1), 364(c)(2), 364(c)(3)~~,~~ and ~~, subject to entry of the Final DIP Order,~~ 364(d), the following:<br><br>~~**Upon entry of the Interim DIP Order:**~~ Fully perfected junior security ~~interest~~interests and liens upon (the "<u>DIP Liens</u>") in the following properties:<br><br>• Real property located at (i) 1273 Joe Battle Boulevard, El Paso, Texas; (ii) 1277 Joe Battle Boulevard, El Paso, Texas; (iii) 1281 Joe Battle Boulevard, El Paso, Texas; (iv) 1301 Joe Battle Boulevard, El Paso, Texas; (v) 1321 Joe Battle Boulevard, El Paso, Texas (collectively, the "<u>Joe Battle Property</u>"), which property secures the indebtedness under, and is more particularly described in, that certain Loan Agreement, dated December 27, 2023, by and between Star Tech I, L.P., 5 Star Tech ~~11-1~~II-1, LP, and 5 Star Tech ~~11-4~~II-4, LP, AIG Asset Management (U.S.), LLC, as administrative agent, and the lenders from time to time party thereto (the "<u>Joe Battle Corebridge Loan</u>").<br><br>• Real property located at 11751 Alameda Avenue, El Paso, Texas 79927 (the "<u>11751 Alameda Property</u>"), which property secures the indebtedness under, and is more particularly described in, that certain Loan Agreement, dated December 27, 2023, by and between F-Star Socorro Holding Co., LLC, AIG Asset Management (U.S.), LLC, as administrative agent, and the lenders from time to time party thereto (the "<u>Alameda Corebridge Loan</u>").<br><br>• Five land parcels located at 7000 East Lincoln Drive, Paradise Valley, Arizona 85253, which include the Palmeraie Scottsdale, Palmeraie Paradise Valley, Ritz-Carlton Resort, Ritz-Carlton Villas ("<u>Villas</u>"), and Ritz-Carlton Estate Lots (collectively, the "~~Ritz-Related~~Ritz-Related Properties</u>"), which are subject to, and further defined, in, the Construction Loan Agreement, dated May 11, 2023 (the "<u>CLA</u>"), by and between Five Star Resort Owner, LLC, Five Star Land Owner, LLC, FSPV Res C, LLC, Unit 82 El Paso |

Owner, LLC, F- Star Socorro, L.P., JNY Building Owner, LLC, JNY II Building Owner, LLC, 1340 Bob Hope Drive Owner, LLC, 11751 Alameda Avenue Owner, LLC and ~~RC PV~~ Lender ~~I LLC, a single-purpose vehicle affiliated with Madison Realty Capital L.P.~~

- Real property located at (i) 1340 Bob Hope Drive, El Paso, Texas 79936; (ii) 11891 Alameda Avenue, El Paso, Texas 79927; (iii) 11801 Alameda Avenue, El Paso, Texas 79927; (iv) 11091 Alameda Avenue, El Paso, Texas; (v) 12183 Alameda Avenue, Clint, Texas 79836; and (vi) certain land parcels located at 11751 Alameda Avenue, Socorro, Texas 79927 (collectively, the "Alameda Properties"), which property secures the indebtedness under, and is more particularly described in, the CLA.

- Notwithstanding the foregoing, the Borrowers shall be permitted to sell the Villas and Estate Homes (each a "Residence Sale" and collectively the "Residence Sales") ~~and upon~~ subject to, in the case of Villas, satisfaction of the minimum release price requirements attached as Exhibit D (the "Minimum Price Requirements") and, in the case of Estate Homes, satisfaction of the requirements listed in Schedule 4B of the CLA; *provided* that the Borrowers shall be permitted to close the Residence Sales without meeting the foregoing requirements so long as they use the funds currently in the Rojas escrow account (the "Rojas Escrow") to make up any shortfalls. Upon the consummation of each Residence Sale, such property shall be automatically and irrevocably released as Collateral without any necessary consent or approval from the Lender subject to any proceeds thereof being applied to paydown prepetition indebtedness.

- Upon entry of the Interim DIP Order, Lender will have priority and security on the Collateral limited to sections 364(c)(1)-(3) of the Bankruptcy Code.

~~**Upon entry of the Final DIP Order:**~~

~~• Priority senior priming security interest in and liens upon the Ritz-Related Properties (the "DIP Priming Liens"), which DIP Priming Liens shall prime in all respects the interests of any prepetition party asserting any current or future liens or interests in the Ritz- Related Properties, including Madison.~~

| | |
|---|---|
| **Supplemental Collateral** | Upon entry of the Interim Order, non-debtors F-Star Buckeye Rd LLC and Buckeye Building Owner LLC shall grant a fully perfected junior security interest in the real property located at 8585 W Buckeye Rd., Tolleson, AZ 85353-9222 (the "Buckeye Property") to Lender. If the Final ~~DIP~~ Order authorizing the DIP ~~Priming~~ Liens is not entered on or before 45 days from the Petition Date, then Lender will record such mortgage. |
| **Guaranty** | Upon entry of the Interim Order, Borrowers and their principals, Gerald C. Ayoub and Claudia S. Ayoub, will provide full recourse guaranties for the Initial Draw; *provided that*, if within ten days of the Initial Draw, the principals fail to provide to the Lender financial statements that are satisfactory to the Lender, the Debtors will provide (i) guarantees from certain trusts of such principals for the Initial Draw, or (ii) additional collateral as agreed by the Lender and Debtor. |
| **Covenants:** | Affirmative, negative, and other financial and operational covenants customary for transactions of this type, including but not limited to: <br>• Effective upon the entry of the Final ~~DIP~~ Order, minimum cash balance in an amount to be mutually agreed (which may be funded from borrowed funds); <br>• Maximum capital expenditures; <br>• No dividends or any other upstream payments or distributions other than any such dividends, payments or distributions (i) by any subsidiary to any Borrower or (ii) payable solely in common stock or other equity interests that is not disqualified equity; <br>• No change of control, except as may be permitted under applicable provisions of the Bankruptcy Code, including, but not limited to sections 363 or 1129 of the Bankruptcy Code[1]; <br>• Maintenance of appropriate insurances and addition of Lender as additional insured, lender's loss payee and/or mortgagee, as applicable, under such insurance policies; <br>• Limitations on additional debt, guarantees, and hedging arrangements, including the subordination of all intercompany indebtedness; <br>• Limitations on liens and further negative pledges; <br>• Limitations on sales, transfers, and other dispositions of assets, except for (i) any Residence Sale and (ii) as may be permitted under applicable provisions of the Bankruptcy Code, including, but not limited to sections 363 or 1129 of the Bankruptcy Code; <br>• Limitations on loans and investments; <br>• ~~Agreed upon milestones for the Borrowers' chapter 11~~ |

---

[1] ~~2~~ For the avoidance of doubt, change or removal of the CRO is not deemed a change of control.

|  | ~~cases, including confirmation of a plan of reorganization;~~ |
|---|---|
|  | • Limitations on creating new subsidiaries or becoming a general partner in any partnership; ~~and~~ |
|  | • <u>Commitment to use funds currently in the Rojas Escrow in connection with closings of the Villas (as previously consented to by Lender) prior to using any portion of the Funded Amount; and</u> |
|  | • Customary limitations on transactions with non-Borrower affiliates and insiders (as defined in the Bankruptcy Code), but excluding transactions with the non-debtor management and developer entities that provide property management and real estate development services for the Debtors to the extent authorized by the Bankruptcy Court and set forth in the DIP Budget. |
| **Exit Financing:** | Lender to consider exit financing based on Borrowers exit plan. |
| **Representations and Warranties:** | Usual and customary representations and warranties, including organization in good standing, validity of agreements, tax status, compliance with law, and operational and financial disclosures. |
| **Reporting:** | • Cash flow variance reporting provided weekly.<br>• Updated DIP Budgets provided monthly.<br>• Financial reporting generally provided by debtors in possession to their secured lenders in chapter 11 cases.<br>• Any reporting provided to other parties in interest in the Borrowers' chapter 11 cases. |
| **Events of Default:** | Events of Default will include, in addition to other such events customarily found in transactions similar to the DIP Loan:<br>• Payment defaults.<br>• Covenant defaults.<br>• Representation or warranty breaches.<br>• <u>Failure to obtain entry of the Final DIP Order in form and substance acceptable to Lender within 45 days of entry of the Interim DIP Order.</u><br><br>Among other remedies, upon the occurrence and continuance of an Event of Default, and subject to a remedies notice period (as described in the Interim DIP Order) and the terms of the Interim DIP Order, the Lender may accelerate all of the DIP Loan obligations and enforce its remedies against the Collateral. |
| **Expenses:** | ~~The Borrowers will be responsible for all reasonable and documented out of pocket fees and expenses incurred by the Lender to perform due diligence and in connection with the negotiation, preparation, documentation and administration of the Definitive Documents, regardless of~~ |

| | |
|---|---|
| | ~~whether the transactions contemplated in this Term Sheet or in the Definitive Documents are consummated. The Borrowers will be responsible for all out of pocket fees and expenses incurred by Lender to enforce the terms~~ of the DIP Loan ~~or otherwise to protect its rights under the Definitive Documents. A deposit of $100,000 (the "Expense Deposit") shall be payable upon acceptance of this Term Sheet and used for transaction and diligence expenses. Any such reasonable and documented fees and expenses incurred by legal counsel to the Lender shall be paid timely in cash regardless of the DIP Budget~~None. |
| **Contingencies:** | ~~Lender has received the Expense Deposit, completed its due diligence (which must be satisfactory to Lender in its sole discretion) with respect to the Villa Draw and Additional Draws, the parties have executed Definitive Documents (which, for purposes of the Initial Draw, shall solely be this Term Sheet), the entry of the Interim DIP Order and the entry of the Final DIP Order.~~ |
| **Governing Law, Waiver of Jury Trial, Jurisdiction:** | In connection with the transaction outlined in this Term Sheet, all parties agree: (i) that the law of the State of New York governs without regard to any conflict of law principals; (ii) to the waiver of a trial by jury; and (iii) to the exclusive jurisdiction of the Bankruptcy Court, and, if the Bankruptcy Court does not have (or abstains from) jurisdiction, to the jurisdiction of the state and federal courts located in the Southern District of Texas. The Definitive Documents will be governed by New York law. |
| **Exclusivity:** | ~~Borrowers agree to negotiate exclusively with Lender and will not take any action, directly or indirectly, to encourage, initiate or, subject to the last sentence under this heading, engage in discussions with any other party concerning any financing or other potential transaction. Borrowers will neither solicit nor, subject to the last sentence of this heading, accept any competing bids concerning any financing or other potential transaction from any other party during the tenure of this Term Sheet. Notwithstanding the foregoing, to the extent any party approaches the Borrowers with a financing or other potential transaction that is more favorable to the Borrower than the terms described in this Term Sheet, the Borrowers shall be permitted to engage in discussions with such party.~~ |
| **Confidentiality:** | ~~Prior to the Borrowers' commencement of a case under chapter 11 of the Bankruptcy Code, Borrowers shall not disclose to any person or entity the terms or conditions of this term sheet or any information about the transaction, including, without limitation, the existence, status, nature,~~ |

| | |
|---|---|
| | ~~terms or conditions of the discussions or actions by the parties relating to the potential transaction except Borrowers may disclose such matters (i) to their affiliates and their and their affiliates' employees, members, managers, administrators, directors, officers, partners, advisors and other agents who need to know such matters for the sole purpose of permitting Borrowers to evaluate or consummate the potential transaction, (ii) as explicitly approved in advance in writing by Lender or (iii) to the extent, in the reasonable judgment of Borrowers, required by any applicable law or order, in which case Borrowers shall use commercially reasonable efforts to allow Lender reasonable time to comment on such disclosure in advance thereof.~~ |
| **Definitive Documents:** | Other than the Initial Draw that will documented solely by this Term Sheet, the DIP Loan will be documented by, among other things, a promissory note, security and credit agreement[, all of which will be subject to Bankruptcy Court approval][2]. |
| **Adequate Protection:** | Customary use of collateral and adequate protection provisions in favor of prepetition secured creditors, including (i) for the lenders party to the Alameda Corebridge Loan and Joe Battle Corebridge Loan, (a) payment of fees and expenses up to a cap of $1,000,000 and (b) adequate protection liens on the 11751 Alameda Property, Alameda Properties and Joe Battle Property, in each case, which shall be junior to the prepetition liens and the DIP Liens and (ii) for the lenders party to the CLA, adequate protection liens on Collateral other than the Ritz-Related Properties, which shall be junior to the prepetition liens and the DIP Liens. |
| **Other:** | The DIP Loans shall not be subject to recharacterization, avoidance, subordination, disgorgement or any similar form of recovery by the Debtors or any other person.<br><br>(a) The rights of the Debtors to seek disgorgement of any and all proceeds of Residence Sales (the "Sale Proceeds") applied to prepay the outstanding balance of the indebtedness under the CLA (the "CLA Claims") are fully reserved, including without limitation in the event of (i) any successful avoidance, subordination, or disallowance of the CLA Claims and/or (ii) any ruling by the court that the Debtors may use the Sale Proceeds over the objection of Lender on the grounds that Lender is adequately protected against any diminution in value of its collateral securing the CLA Claims resulting from such use of the Sale Proceeds and (b) Madison Realty Capital will be liable for any such disgorgement ordered by the court. |

---

[2] TBD.

[Signature page follows]